**UNANIMOUS WRITTEN CONSENT OF THE MEMBERS
OF GREYLOCK CAPITAL ASSOCIATES, LLC**

January 29, 2021

Effective as of the date set forth above, the undersigned being all of the members of Greylock Capital Associates, LLC ("Company") hereby consent to the following actions and adopt the following resolutions by unanimous written consent as if they had been adopted at a duly convened meeting of the members:

WHEREAS, each member of the Company has considered its liquidity position, the reasons therefor and available strategic alternatives; and

WHEREAS, the members have had the opportunity to consult with each other and with management and outside advisors to fully consider available strategic alternatives.

NOW, THEREFORE, the members consent to the adoption of the following actions and resolutions:

RESOLVED, that in the judgment of the members, it is desirable and in the best interests of the Company and its stakeholders to file a voluntary petition for relief under Chapter 11 of the bankruptcy Code in a court of proper jurisdiction and to elect treatment under Subchapter V; and it is further

RESOLVED, that each of Ajata (AJ) Mediratta and David Steltzer be, and each hereby is, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, notices and other documents as may be required or contemplated by the Bankruptcy Code, Rules and Chapter 11 Operating Guidelines, and to take all actions he deems necessary or proper to obtain appropriate relief under the Bankruptcy Code; and it is further

RESOLVED, that the members hereby authorize the Company to employ Amini LLC as counsel, subject to court approval, and such other professionals as Messrs. Mediratta and Steltzer deem appropriate, in the Chapter 11 Case.

This Unanimous Written Consent may be executed by electronic means and such execution shall be considered valid, binding and effective for all purposes.

This Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the date set forth above.

_____
Willem J. Humes

_____
Ajata (AJ) Mediratta

_____
Jonathan Prin