| Fill in this information to identify the case: |
|---|
| Debtor name  Greylock Capital Associates, LLC |
| United States Bankruptcy Court for the: ____Southern____   District of  New York  (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Paxstone Capital Europe LLP  80-83 Long Lane  London EC1A 9ET  United Kingdom | | Placement agency contract | | | | $478,192.52 |
| 2 | John Maguire  40 Central Park South, Apt. 7F  New York, NY 10019 | | Contract | | | | $200,000.00 |
| 3 | PriceWaterhouseCoopers LLP  P.O. Box 7247-8001  Philadelphia, PA 19170-8001 | | Service contract | | | | $44,820.00 |
| 4 | Eze Castle Software  12 Farnsworth Street, 6th Floor  Boston, MA 02110 | | Service contract | | | | $36,000.00 |
| 5 | Eze Castle Integration  100 High Street, 16th Floor  Boston, MA 02110 | | Service contract | | | | $26,340.06 |
| 6 | Indus Valley Partners Corporation  1350 Broadway, Suite 601  New York, NY 10018 | | Service contract | | | | $17,802.87 |
| 7 | LTS Management LLC  1011 Avenue of the Americas, 4th Fl.  New York, NY 10018 | | Service contract | | | | $12,270.00 |
| 8 | NYC Department of Finance  59 Maiden Lane, 19th Floor  New York, NY 10038-4502 | | Commercial rent tax | | | | $9,077.25 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

Debtor   Greylock Capital Associates, LLC
         _____
         Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hudson Fiber Network 12 North State Route 17, Suite 120 Paramus, NJ 07652 | | Monthly charge under terminated contract | Disputed | | | $1,160.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Greylock Capital Associates, LLC__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/31/2021__      X _/s/ David Steltzer_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

__David Steltzer__
Printed name

__Chief Financial Officer__
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**