**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREYLOCK CAPITAL ASSOCIATES, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 21-_____<br><br>**CORPORATE OWNERSHIP STATEMENT** |

      Pursuant to Rule 7007.1, the Debtor states no corporation directly or indirectly owns 10% or more of any class of its equity interests.

Dated: January 31, 2021

      AMINI LLC

      /s/ Jeffrey Chubak
      Avery Samet
      Jeffrey Chubak
      131 West 35th Street, 12th Floor
      New York, New York 10001
      (212) 490-4700
      asamet@aminillc.com
      jchubak@aminillc.com
      *Proposed Attorneys for the Debtor and Debtor in Possession*