**Greylock Capital Associates, LLC**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

<unaudited>

|  | 12/31/2020 |
|---|---:|
| **Assets** | |
| Cash and cash equivalents | $ 1,136,840 |
| Amounts due from related parties | 4,541,073 |
| Restricted cash | 456,129 |
| Fixed assets, net of accumulated depreciation | 460,593 |
| Deferred tax asset | 2,500 |
| Other assets | 41,714 |
| **Total Assets** | 6,638,849 |
| **Liabilities** | |
| Amounts due to related parties | 254,171,285 |
| Accounts payable and accrued expenses | 1,364,970 |
| Other liabilities | 23,850 |
| **Total liabilities** | 255,560,105 |
| **Members' capital** | $ (248,921,255) |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | <unaudited> YTD 12/31/2020 |
|---|---:|
| **Operating Income** | |
| Interest income | 16,298 |
| Other income | 45,740 |
| Total operating income | 62,038 |
| **Operating expenses** | |
| Compensation | $ 4,285,950 |
| Marketing | 288,028 |
| Administrative and operating expenses | 2,521,332 |
| Legal and professional fees | 244,246 |
| Total operating expenses | 7,339,556 |
| **Net Income/(Loss)** | $ (7,277,518) |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | <unaudited> |
|---|---:|
|  | **12/31/2020** |
| **Cash flows from operating activities** |  |
| Net Income | $ (7,277,519) |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Depreciation on fixed assets | 122,910 |
| Change in operating assets and liabilities |  |
| Amounts due from related parties | (95,377) |
| Other assets | 36,989 |
| Accounts payable and accrued expenses | 209,231 |
| Amounts due to related parties | 8,513,822 |
| Compensation payable | (891,212) |
| Other liabilities | (12,401) |
| **Net cash provided by operating activities** | 606,443 |
|  |  |
| **Net Change in Cash and Restricted Cash** | 606,443 |
| **Cash & Restricted Cash Balance at Beg of Period** | 986,526 |
| **Cash & Restricted Cash Balance at End of Period** | 1,592,969 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.