**Fill in this information to identify the case:**

Debtor name __Greylock Capital Associates, LLC_____

United States Bankruptcy Court for the: _____Southern_____ District of __New York__
(State)

Case number (If known): __21-22063_____

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 1,686,191.04

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 1,686,191.04

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... + $ 825,662.70

4. **Total liabilities**....................................................................................................................... $ 825,662.70
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  Greylock Capital Associates, LLC

United States Bankruptcy Court for the: _____Southern_____ District of New York
                                                                  (State)

Case number (If known): 21-22063

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Citibank, N.A. | Checking | 0 2 9 8 | $ 235,946.47 |
| 3.2. Citibank, N.A. | Savings | 0 3 0 0 | $ 198.49 |
| First Republic Bank | Checking | 4 0 2 3 | $ 282,839.39 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $ 518,984.36

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. First Republic Bank letter of credit (security for lease at 285 Madison Avenue, 24th Floor)  $456,003.75
   7.2. Citibank, N.A. letter of credit (security for lease at 285 Madison Avenue, 24th Floor)  $0.00

Debtor  Greylock Capital Associates, LLC                    Case number (*if known*) 21-22063
        Name

## Part 2 (continued)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____   $_____
   8.2. _____   $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.            $456,003.75

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........→   $_____
                                face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........→   $_____
                                face amount      doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____  _____  $_____
    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                                % of ownership:
    15.1. _____  _____%  _____  $_____
    15.2. _____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____  _____  $_____
    16.2. _____  _____  $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                       $_____

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property           page **2**

Debtor  Greylock Capital Associates, LLC    Case number (*if known*) 21-22063
        Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**
    _____  _____  $_____  _____  $_____
                                    MM / DD / YYYY

20. **Work in progress**
    _____  _____  $_____  _____  $_____
                                    MM / DD / YYYY

21. **Finished goods, including goods held for resale**
    _____  _____  $_____  _____  $_____
                                    MM / DD / YYYY

22. **Other inventory or supplies**
    _____  _____  $_____  _____  $_____
                                    MM / DD / YYYY

23. **Total of Part 5**                                                                            $_____
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**
    _____  $_____  _____  $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    _____  $_____  _____  $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)
    _____  $_____  _____  $_____

31. **Farm and fishing supplies, chemicals, and feed**
    _____  $_____  _____  $_____

32. **Other farming and fishing-related property not already listed in Part 6**
    _____  $_____  _____  $_____

Debtor  Greylock Capital Associates, LLC                    Case number (if known) 21-22063
        Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers (workstations, monitors) _____ | $_____ | _____ | $ 56,202.93 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                   $ 56,202.93

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  Greylock Capital Associates, LLC   Case number (if known) 21-22063
        Name

# Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☒ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**                                                                                          $_____
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor  Greylock Capital Associates, LLC  Case number (*if known*) 21-22063
         Name

# Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 285 Madison Ave., 24th Fl., New York, NY | Lease | $ | | $ 0.00 |
| 55.2 161 Old Mamaroneck Rd., White Plains, NY | | $ | | $ 0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**  $ 0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

# Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>http://www.greylockcapital.com | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**  $ 0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ − _____ = → $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    Whole life insurance policy--cash surrender value                         $ 305,000.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                                             $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                             $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
    _____                                             $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    100% of each of Greylock Capital Management, LLC (GCM); Greylock Capital Financial Advisors, LLC (of which GFCA    $ 350,000.00
    Securities LLC is a wholly-owned subsidiary); and Greylock Capital Advisers, LLC.  In addition, GCM owns LP interests in    $_____
    Greylock Global Opportunity Fund, LP, a fund it manages.

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                         $ 655,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

| Debtor | Greylock Capital Associates, LLC | Case number (if known) 21-22063 |
|---|---|---|
| | Name | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 518,984.36 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 456,003.75 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 56,202.93 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 655,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............ 91a. | $ 1,686,191.04 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $ 1,686,191.04

**Fill in this information to identify the case:**

Debtor name: Greylock Capital Associates, LLC

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number (If known): 21-22063

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.1 Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____
_____   $_____   $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____   $_____   $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of _1_

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor | Greylock Capital Associates, LLC | |
| United States Bankruptcy Court for the: | Southern | District of New York (State) |
| Case number (If known) | 21-22063 | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is:  $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |
| **2.2** | Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is:  $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |
| **2.3** | Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is:  $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |

| | | |
|---|---|---|
| Debtor | Greylock Capital Associates, LLC<br>Name | Case number *(if known)* 21-22063 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | Eze Castle Integration<br>100 High Street, 16th Floor<br>Boston, MA 02110<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: L 0 0 1 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Service contract<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 26,340.06 |
| 3.2 | Eze Castle Software LLC<br>12 Farnsworth Street, 6th Floor<br>Boston, MA 02110<br><br>Date or dates debt was incurred: 10/01/2020-01/31/2021<br>Last 4 digits of account number: __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Service contract<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 36,000.00 |
| 3.3 | Indus Valley Partners Corporation<br>1350 Broadway, Suite 601<br>New York, NY 10018<br><br>Date or dates debt was incurred: 08/01/2020-01/31/2021<br>Last 4 digits of account number: __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Service contract<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 17,802.87 |
| 3.4 | John Maguire<br>40 Central Park South, Apt. 7F<br>New York, NY 10019<br><br>Date or dates debt was incurred: 12/31/2018; 12/31/2019<br>Last 4 digits of account number: __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Contract<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 200,000.00 |
| 3.5 | LTS Management, LLC<br>1011 Avenue of the Americas, 4th Floor<br>New York, NY 10018<br><br>Date or dates debt was incurred: 01/27/2021<br>Last 4 digits of account number: __ __ __ __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Contract<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 12,270.00 |
| 3.6 | NYC Department of Finance<br>59 Maiden Lane, 19th Floor<br>New York, NY 10038-4502<br><br>Date or dates debt was incurred: 09/01/2020-11/30/2020<br>Last 4 digits of account number: 7 0 0 2 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Commercial rent tax<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 9,077.25 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7 Nonpriority creditor's name and mailing address**
Paxstone Capital Europe LLP
80-83 Long Lane
London EC1A 9ET United Kingdom

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Placement agency contract

**Date or dates debt was incurred** 10/31/2019-12/31/2020
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 478,192.52

---

**3.8 Nonpriority creditor's name and mailing address**
Hudson Fiber Network
12 North State Route 17, Suite 120
Paramus, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Monthly charge under terminated contract

**Date or dates debt was incurred** 01/29/2021
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,160.00

---

**3.9 Nonpriority creditor's name and mailing address**
PriceWaterhouseCoopers LLP
P.O. Box 7247-8001
Philadelphia, PA 19170-8001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services contract

**Date or dates debt was incurred** 09/01/2020-01/31/2021
**Last 4 digits of account number** _5_ _3_ _3_ _7_

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,820.00

---

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Debtor  Greylock Capital Associates, LLC              Case number (*if known*) 21-22063
        Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Line ____<br>☒ Not listed. Explain For notice only | — — — — |
| 4.2. | NYC Department of Finance<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor, New York, NY 10038 | Line 3.6<br>☐ Not listed. Explain ____ | 7 0 0 2 |
| 4.3. | NYS Department of Taxation and Finance<br>Bankruptcy Unit - TCD, Building 8, Room 455<br>W.A. Harriman State Campus, Albany, NY 12227 | Line ____<br>☒ Not listed. Explain For notice only | — — — — |
| 4.4. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 41. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.5. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.6. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.7. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.8. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.9. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.10. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |
| 4.11. | | Line ____<br>☐ Not listed. Explain ____ | — — — — |

Debtor   Greylock Capital Associates, LLC           Case number (*if known*) 21-22063
         _____
         Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ✚ | $ 825,662.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 825,662.70 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 5 of 5

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Nonresidential real property lease <br> State the term remaining: Lease term ends: July 31, 2025 <br> List the contract number of any government contract | 285 Madison Owner LLC <br> c/o RFR Holding LLC <br> 390 Park Avenue, 3rd Floor <br> New York, NY 10022 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Service contract <br> State the term remaining: <br> List the contract number of any government contract | Beneflex, Inc. <br> 77 Brant Avenue, #206 <br> Clark, NJ 07066 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Service contract / Multiple SOWs under master agreement <br> State the term remaining: Expires: Various dates depending on SOW <br> List the contract number of any government contract | Eze Castle Integration <br> 100 High Street, 16th Floor <br> Boston, MA 02110 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Software license <br> State the term remaining: Expires: March 31, 2021 <br> List the contract number of any government contract | Eze Castle Software LLC <br> c/o Eze Software Group, LLC <br> 12 Farnsworth Street, 6th Floor <br> Boston, MA 02210 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Software license <br> State the term remaining: Expires: July 31, 2023 <br> List the contract number of any government contract | Indus Valley Partners Corporation <br> 1350 Broadway, Suite 601 <br> New York, NY 10018 |

Debtor  Greylock Capital Associates, LLC                      Case number (*if known*) 21-22063
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | Interactive Communication Concepts<br>519 Eighth Avenue, 4th Floor<br>New York, NY 10018 |
| | State the term remaining | Expires: May 31, 2021 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | JP McHale Pest Management LLC<br>241 Bleakley Avenue<br>Buchanan, NY 10511 |
| | State the term remaining | Expires: September 30, 2021 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | Penguin Air Conditioning Corp.<br>5 Penn Plaza, 16th Floor<br>New York, NY 10001 |
| | State the term remaining | Expires: February 28, 2021 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | Perfect Building Maintenance<br>405 Lexington Avenue<br>New York, NY 10174 |
| | State the term remaining | Expires: August 13, 2021 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | PriceWaterhouseCoopers LLP<br>P.O. Box 7247-8001<br>Philadelphia, PA 19170-8001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Service contract | Thomson Reuters<br>610 Opperman Drive, D6-12<br>Eagan, MN 55123 |
| | State the term remaining | Expires: February 28, 2023 | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page 2 of 2

**Fill in this information to identify the case:**

Debtor name  Greylock Capital Associates, LLC

United States Bankruptcy Court for the: _____Southern_____  District of New York
(State)

Case number (If known): 21-22063

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Greylock Capital Associates, LLC

United States Bankruptcy Court for the: _____Southern_____  District of  New York__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/31/2021      ✗ _/s/ David Steltzer_____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

David Steltzer_____
Printed name

Chief Financial Officer_____
Position or relationship to debtor