**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 |
| Debtor. | |

**ORDER GRANTING MOTION TO REJECT**
**LEASE NUNC PRO TUNC TO PETITION DATE**

Upon the motion of the Debtor to reject its Agreement of Lease with 285 Madison Owner LLC, dated as of May 19, 2014 (as amended, "Lease"), nunc pro tunc to January 31, 2021, the date on which the Debtor commenced this case ("Petition Date"), pursuant to Bankruptcy Code section 365(a); now, therefore, it is hereby:

ORDERED, that the motion is granted as provided herein; and it is further

ORDERED, that the Lease be and hereby is rejected nunc pro tunc to the Petition Date; and it is further

ORDERED, that the Court shall retain jurisdiction to hear all matters related to the implementation of this Order.

Dated: _____, 2021

_____
United States Bankruptcy Judge