# **EXHIBIT 1**

## **Email**

## Jeffrey Chubak

| | |
|---|---|
| **From:** | David Steltzer <dsteltzer@greylockcapital.com> |
| **Sent:** | Sunday, January 31, 2021 1:33 PM |
| **To:** | AJ Camhi; Tom Lavin |
| **Cc:** | Jeffrey Chubak; Neal Duffy |
| **Subject:** | RE: [EXT] Re: Lease Workout of 285 Madison Ave. FL 24 |

Hi AJ, Tom,

I'm writing to advise that Greylock will be filing a chapter 11 case today and seeking court authorization to reject the lease retroactive to the filing date.  We have fully vacated the premises as discussed and left it in broom clean condition.  Please feel free to shut down Greylock's access cards.

Thank you,
David

**David Steltzer, CPA**
Chief Financial Officer

**Greylock** Capital Management, LLC 
Phone: +1 (212) 808-1811
Mobile: +1 (347) 210-5152

285 Madison Avenue | 24th Floor | New York, NY 10017
dsteltzer@greylockcapital.com

**Website**  |  **vCard**

---

**From:** AJ Camhi <acamhi@rfr.com>
**Sent:** Tuesday, December 15, 2020 2:53 PM
**To:** David Steltzer <dsteltzer@greylockcapital.com>
**Cc:** Tom Lavin <tlavin@rfr.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: [EXT] Re: Lease Workout of 285 Madison Ave. FL 24

David,

I now have a conflict. Can you speak after 5:45 today or tomorrow at 9am, 11:30-12:15 or after 4:30pm

Thank you,

AJ


AJ Camhi
RFR Realty LLC
212-308-0700


On Dec 15, 2020, at 2:46 PM, David Steltzer <dsteltzer@greylockcapital.com> wrote:

Hi AJ,

1

Are we speaking at 3?
Thank you

On Dec 15, 2020, at 10:16 AM, David Steltzer <dsteltzer@greylockcapital.com> wrote:

HI AJ,

3 PM would work best for us. I have attached our 2019 tax return. As far as financials go, we don't undergo an audit as we have no requirement

Thank you,
David

---

**From:** AJ Camhi <acamhi@rfr.com>
**Sent:** Monday, December 14, 2020 9:06 PM
**To:** David Steltzer <dsteltzer@greylockcapital.com>
**Cc:** Tom Lavin <tlavin@rfr.com>
**Subject:** RE: Lease Workout of 285 Madison Ave. FL 24

David,

Are you available tomorrow at 1pm or 3pm to discuss your email? In the meantime please forward me your 2019 tax return along with your audited 2020 financials.

Thank you,

AJ Camhi
Executive Vice President
Director of Leasing
RFR Realty, LLC
375 Park Avenue, 10th Floor
New York, NY 10152
P. 212.308.0700
acamhi@RFR.com

---

**From:** David Steltzer <dsteltzer@greylockcapital.com>
**Sent:** Wednesday, December 9, 2020 8:12 AM
**To:** AJ Camhi <acamhi@rfr.com>
**Cc:** Ajata Mediratta <AMediratta@greylockcapital.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** [EXT] Lease Workout of 285 Madison Ave. FL 24

Subject to FRE 408

Hi AJ,

I am writing to propose a lease buyout for 285 Madison Avenue, 24th Floor on terms set forth below; and to advise that absent agreed buyout terms, Greylock intends to commence a chapter 11 bankruptcy case, and reject the lease for and surrender the premises. Greylock's revenues have been declining for several years now, and while Greylock is presently paying its debts as they become due the firm is in genuine distress as a result of the pandemic as well as recent business events (which we would be happy to discuss with you), leaving little choice but to pursue these alternatives.