21-22063

285 Madision Owner LLC
c/o RFR Holding LLC
390 Park Avenue, 3rd Floor
New York, NY 10022

Beneflex, Inc.
77 Brant Avenue, #206
Clark, NJ 07066

Eze Castle Integration
100 High Street, 16th Floor
Boston, MA 02110

Eze Castle Software LLC
12 Farnsworth Street, 6th Floor
Boston, MA 02110

Hudson Fiber Network
12 North State Route 17, Suite 120
Paramus, NJ 07652

Indus Valley Partners Corporation
1350 Broadway, Suite 601
New York, NY 10018

Interactive Communication Concepts
519 Eighth Avenue, 4th Floor
New York, NY 10018

John Maguire
40 Central Park South, Apt. 7F
New York, NY 10019

JP McHale Pest Management LLC
241 Bleakley Avenue
Buchanan, NY 10511

LTS Management, LLC
1011 Avenue of the Americas, 4th Floor
New York, NY 10018

NYC Department of Finance
59 Maiden Lane, 19th Floor
New York, NY 10038-4502

Paxstone Capital Europe LLP
80-83 Long Lane
London EC1A 9ET

United Kingdom

Penguin Air Conditioning Corp.
5 Penn Plaza, 16th Floor
New York, NY 10001

Perfect Building Maintenance
405 Lexington Avenue
New York, NY 10174

PriceWaterhouseCoopers LLP
P.O. Box 7247-8001
Philadelphia, PA 19170-8001

Thomson Reuters
610 Opperman Drive, D6-12
Eagan, MN 55123

**Fill in this information to identify the case and this filing:**

Debtor Name  Greylock Capital Associates, LLC

United States Bankruptcy Court for the: ____Southern____ District of  New York
                                                                       (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Creditor matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/31/2021          ✗ _____/s/ David Steltzer_____
          MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                     David Steltzer
                                     Printed name

                                   Chief Financial Officer
                                   Position or relationship to debtor