Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and
Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 |
| Debtor. | |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE, that on January 31, 2021, the above-named Debtor filed a voluntary petition for relief with this Court.

PLEASE TAKE FURTHER NOTICE, that on said date, the Debtor also filed the following motions (the "First Day Motions"): [1] a motion for interim and final orders authorizing the continued use of the Debtor's prepetition bank accounts and extending its deadline to comply with Bankruptcy Code section 345(b) (ECF Doc. #6) and [2] a motion for interim and final orders authorizing the continuation of the Debtor's health reimbursement arrangement program and the payment of related prepetition obligations and authorizing banks to honor and process check and electronic transfer requests related thereto (ECF Doc. #7). The Debtor also filed a Declaration of David Steltzer, pursuant to Local Bankruptcy Rule 1007-2 (ECF Doc. #2).

PLEASE TAKE FURTHER NOTICE, that a hearing to consider the First Day Motions has been scheduled for **February 2, 2021, at 10:00 a.m.**, before the Honorable Robert D. Drain, United States Bankruptcy Judge. Pursuant to General Order M-543, Court Operations under the

Exigent Circumstances Created by Covid-19, the hearing will be conducted telephonically through CourtSolutions. Registration instructions are included in General Order M-543, which can be viewed at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.

PLEASE TAKE FURTHER NOTICE, that copies of the First Day Motions may be obtained by visiting the Court's website http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein; or alternatively, without charge on written request from the Debtor's undersigned counsel.

Dated: February 1, 2021
      New York, New York

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*