**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

──────────────────────────────────────x

IN RE:                                                                                                       **Chapter: 11**

Greylock Capital Associates, LLC                                      Case No.: 21–22063–rdd

                                                       Debtor(s)

──────────────────────────────────────x

## ORDER SCHEDULING STATUS CONFERENCE UNDER 11 U.S.C. § 1188

      Debtor commenced this case under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") and stated in the petition that the Debtor is a small business Debtor pursuant to Fed. R. Bankr. P. 1020(a), and elected to proceed as a small business Debtor under Subchapter V of chapter 11 of the Bankruptcy Code. Pursuant to the requirements of Bankruptcy Code § 1188, an initial case status conference shall be conducted by the Honorable Robert D. Drain on March 29, 2021 at 10:00 AM to be held in Register at www.court–solutions.com, Dial: (646)760–4600 five mins before hrg, RDD Teleconference Line.

      Pursuant to 11 U.S.C. § 1188(c) of the Bankruptcy Code, not later than 14 days before the date of the status conference under subsection (a), the Debtor shall file with the court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization.

      Pursuant to 11 U.S.C. § 1189(b) of the Bankruptcy Code, Debtor shall file and serve a plan not later than 90 days after the order for relief under this chapter, unless the court extends the deadline.

      Failure to comply with this order may result in the dismissal of this case.

Dated: February 1, 2021                                    /s/ Honorable Robert D. Drain
                                                              United States Bankruptcy Judge