Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | |

**NOTICE OF PRESENTMENT OF BAR DATE ORDER**
**AND OPPORTUNITY FOR HEARING**

PLEASE TAKE NOTICE, that the undersigned will present the attached proposed order establishing March 29, 2021 as the general deadline for filing proofs of claim and approving the form and manner of notice thereof, to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on February 15, 2021, at 12:00 p.m.  The form of order and notice annexed thereto conform to those prescribed by the Local Bankruptcy Rule 3003-1 Guidelines; and the proposed general bar date is over 35 days after the anticipated mailing date, which is 2 business days following entry of the subject order.

PLEASE TAKE FURTHER NOTICE, that unless a written objection to entry of the proposed order is filed with the Clerk of the Court by February 15, 2021, at 11:30 a.m., there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE, that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and the moving

party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE, that the ECF docket number to which the filing relates shall be included in the upper righthand corner of the caption of all objections.

Dated: New York, New York
February 3, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*