Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor
and Debtor in Possessions*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | |

**NOTICE OF PRESENTMENT OF ORDER
GRANTING MOTION TO REJECT LEASE NUNC PRO
TUNC TO PETITION DATE AND OPPORTUNITY FOR HEARING**

PLEASE TAKE NOTICE, that upon the motion of the Debtor to reject its Agreement of Lease with 285 Madison Owner LLC, dated as of May 19, 2014, nunc pro tunc to the petition date (January 31, 2021) (ECF Dkt. #4), the undersigned will present the attached proposed order to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on February 24, 2021, at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE, that unless a written objection to the proposed order is filed with the Clerk of the Court by February 24, 2021, at 11:30 a.m., there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE, that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting

parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE, that the ECF docket number to which the filing relates shall be included in the upper righthand corner of the caption of all objections.

Dated: New York, New York
       February 3, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*