**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREYLOCK CAPITAL ASSOCIATES, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 21-22063 (RDD) |

**ORDER GRANTING MOTION TO REJECT**
**LEASE NUNC PRO TUNC TO PETITION DATE**

Upon the motion of the Debtor to reject its Agreement of Lease with 285 Madison Owner LLC ("Landlord"), dated as of May 19, 2014 (as amended, "Lease"), nunc pro tunc to January 31, 2021, the date on which the Debtor commenced this case ("Petition Date"), pursuant to Bankruptcy Code section 365(a); and due and proper notice of the motion having been given; now, therefore, it is hereby:

ORDERED, that the motion is granted as provided herein; and it is further

ORDERED, that the Lease be and hereby is rejected nunc pro tunc to the Petition Date; and it is further

ORDERED, that Landlord's proof of claim for rejection damages claim under Bankruptcy Code section 502(b)(6) shall be filed by April 5, 2021; provided, the Debtor shall serve notice of entry of this order on the Landlord by first class mail within 3 business days following entry hereof and file proof of service; and it is further

ORDERED, that the Court shall retain jurisdiction to hear all matters related to the implementation of this Order.

Dated: White Plains, New York
         February ___, 2021

                                                                                      Honorable Robert D. Drain
                                                                                      United States Bankruptcy Judge