**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
**In Re:**                                           )
                                                          )   **CHAPTER 11**
                                                          )
**GREYLOCK CAPITAL ASSOCIATES LLC**   )
                                                          )
                                                          )   **Case No. 21-22063 (RDD)**
**Debtor.**                                     )
_____)

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Charles E. Boulbol, P.C., 26 Broadway, 17th Floor, New York, New York 10004 represents 285 Madison Owner LLC, as Landlord (Creditor) of Debtor Greylock Capital Associates LLC. The undersigned hereby enters his appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a). All such notices should be addressed as follows:

Charles E. Boulbol P.C.
26 Broadway, 17th Floor
New York, New York 10004
(T) 212-825-9457
(F) 718-836-3272
Email: rtrack@msn.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, or otherwise filed with regard to the above case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of (a) the rights of Landlord (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this Chapter 11 Case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which Landlord may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: New York, New York
      February 4, 2021

                                        CHARLES E. BOULBOL, PC

                                        _____
                                        Charles E. Boulbol
                                        Attorney for 584 Broadway LLC
                                        26 Broadway, 17th Floor
                                        New York, New York 10004
                                        (T) 212-825-9457
                                        (F) 718-836-3272
                                        Email: rtrack@msn.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served this 4th day of February 2021 via ECF Noticing to the parties of record.

By: _____
Charles E. Boulbol