**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREYLOCK CAPITAL ASSOCIATES, LLC,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 21-22063 (RDD)<br>(Subchapter V) |

**INTERIM ORDER (i) AUTHORIZING CONTINUATION OF
HEALTH REIMBURSEMENT ARRANGEMENT PROGRAM AND
PAYMENT OF RELATED PREPETITION OBLIGATIONS AND (ii)
AUTHORIZING BANKS TO HONOR AND PROCESS CHECK AND
ELECTRONIC TRANSFER REQUESTS RELATED THERETO**

Upon the motion of the debtor and debtor in possession herein (the "Debtor"") for interim and final orders (i) authorizing it to continue its health reimbursement arrangement ("HRA") program and the payment of related obligations, including those that accrued prepetition ("HRA Obligations"), and (ii) authorizing banks to honor and process checks and electronic transfer requests related thereto; and the Debtor having represented it has suspended the payment of HRA Obligations incurred to its members, managers and officers pending the effective date of a chapter 11 plan; and, after due and sufficient notice of the Motion's request for interim relief, there being no objections to such request; and upon the record of the hearing held by the Court on February 3, 2021 on such request; and, after due deliberation and for the reasons stated by the Court at the hearing, the Court having determined that the interim relief granted in this Order is in the best interests of the Debtor's estate and creditors and reflects a proper exercise of the Debtor's business judgment, in that such relief provides a material net benefit to the Debtor's estate and creditors after taking into account the Bankruptcy Code's priority scheme; and good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted on an interim basis to the extent provided herein; and it is further

ORDERED, that the Debtor is authorized to continue its HRA program and pay HRA Obligations in the ordinary course of business, with the exception of HRA Obligations incurred to the Debtor's members, managers and officers pending the effective date of a chapter 11 plan in this case; and it is further

ORDERED, that the Debtor's banks are authorized to honor and process checks and electronic fund transfers drawn on the Debtor's bank accounts to pay prepetition HRA Obligations, provided sufficient funds are available in the applicable bank accounts to make such payments; and it is further

ORDERED, that nothing in this Order constitutes approval of the Debtor's assumption of any executory contract pursuant to 11 U.S.C. § 365; and it is further

ORDERED, that the Court will hold the final hearing on the Motion on March 29, 2021, at 10:00 a.m.; and objections to entry of a final order granting the relief requested in the Motion must be filed and served on counsel for the Debtor, with a copy to the Court's chambers by March 22, 2021, at 4:00 p.m.; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters related to the implementation or interpretation of this order.

Dated: White Plains, New York
       February 4, 2021

                                          */s/Robert D. Drain*
                                          Honorable Robert D. Drain
                                          United States Bankruptcy Judge