Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and*
*Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | **NOTICE OF FINAL HEARING**<br>**ON FIRST DAY MOTIONS** |

PLEASE TAKE NOTICE, that on January 31, 2021, the above-named Debtor filed a voluntary petition for relief with this Court.

PLEASE TAKE FURTHER NOTICE, that upon the filing of the petition, the Debtor also moved for interim and final orders authorizing the [1] continued use of the Debtor's prepetition bank accounts and extending its deadline to comply with Bankruptcy Code section 345(b) (ECF Doc. #6) and [2] continuation of the Debtor's health reimbursement arrangement program and the payment of related prepetition obligations and authorizing banks to honor and process related fund transfer requests (ECF Doc. #7) (together, "First Day Motions"), and a declaration of the Debtor's CFO pursuant to Local Bankruptcy Rule 1007-2 (ECF Doc. #2).

PLEASE TAKE FURTHER NOTICE, that following a hearing held February 2, 2021, the Court entered interim orders on the First Day Motions, copies of which are being served on you together with copies of said motions and the declaration.

PLEASE TAKE FURTHER NOTICE, that pursuant to the interim orders, a final hearing on the First Day Motions has been scheduled for **March 29, 2021, at 10:00 a.m.** Pursuant to

General Order M-543, Court Operations under the Exigent Circumstances Created by Covid-19, the hearing will be conducted telephonically through CourtSolutions. In addition, pursuant to the interim orders, any objections to entry of orders approving the interim relief set forth therein on a final basis must be filed with the Court by **March 22, 2021, at 5:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that if no objections are timely filed, the Court may grant the requested relief on a final basis without further notice or hearing.

PLEASE TAKE FURTHER NOTICE, that copies of all documents filed herein may be obtained by visiting the Court's website http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein; or alternatively, without charge on written request from the Debtor's undersigned counsel.

Dated: New York, New York
February 8, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*