UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | AFFIDAVIT OF SERVICE |

STATE OF NEW YORK )
) ss.:
COUNTY OF KINGS )

LEAH KHALIL, being duly sworn, deposes and says:

On February 9, 2021, I served the following papers on those person listed on the annexed Service List, [1] by first class mail, by depositing said papers, in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and [2] by emailing a copy of said papers to the addresses indicated in the Service List:

- Declaration of David Steltzer (ECF Doc. #2)
- Motion for Interim and Final Orders Authorizing Continued Use of Prepetition Bank Accounts and Extending Time to Comply with Bankruptcy Code Section 345(b) (ECF Doc. #6)
- Motion for Interim and Final Orders (i) Authorizing Continuation of Health Reimbursement Arrangement Program and Payment of Related Prepetition Obligations and (ii) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (ECF Doc. #7)
- Interim Order Authorizing Continued Use of Prepetition Bank Accounts and Extending Time to Comply with Bankruptcy Code Section 345(b) (ECF Doc. #18)
- Interim Order (i) Authorizing Continuation of Health Reimbursement Arrangement Program and Payment of Related Prepetition Obligations and (ii) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto (ECF Doc. #20)
- Notice of Final Hearing on First Day Motions (ECF Doc. #22)

Leah Khalil

Sworn to before me this 10TH day
of February, 2021

Notary Public

JEFFREY CHUBAK
Notary Public, State of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

# SERVICE LIST

Charles E. Boulbol P.C.
26 Broadway, 17th Floor
New York, NY 10004
rtrack@msn.com

Eze Castle Software LLC
12 Farnsworth Street, 6th Floor
Boston, MA 02210
Christian Loura cloura@ezesoft.com

John Maguire
40 Central Park South, Apt. 7F
New York, NY 10019
John Maguire maguire5@msn.com

NYC Department of Finance
59 Maiden Lane, 19th Floor
New York, NY 10038
Bernadette Brennan bbrennan@law.nyc.gov

PriceWaterhouseCoopers LLP
P.O. Box 7247-8001
Philadelphia, PA 19170
Scott Watson-Brown scott.watson-brown@pwc.com
Jason M. Baker jason.m.baker@pwc.com

Thomson Reuters
610 Opperman Drive, D6-12
Eagan, MN 55123
Michelle McClean
michelle.mcclean@thomsonreuters.com

JP McHale Pest Management
241 Bleakley Avenue
Buchanan, NY 10511

Perfect Building Maintenance
405 Lexington Avenue
New York, NY 10174

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Attn: Richard Morrissey
richard.morrissey@usdoj.gov

Eze Castle Integration
100 High Street, 16th Floor
Boston, MA 02110
Sharon Kanto skanto@eci.com

Indus Valley Partners Corporation
1350 Broadway, Suite 601
New York, NY 10018
Sonia Ahuja soahuda@ivp.in

LTS Management
1011 Avenue of the Americas, 4th Floor
New York, NY 10018
David James david@movewithlts.com

Paxstone Capital Europe LLP
80-83 Long Lane
London EC1A 9ET
United Kingdom
Kasper Hanson kasper.hansen@paxstone.com

Hudson Fiber Network
12 North State Route 17, Suite 120
Paramus, NJ 07652
Elias Ghattas eghattas@extenetsystems.com

Interactive Communications Concepts
519 Eighth Avenue, 4th Floor
New York, NY 10018

Penguin Air Conditioning Corp.
5 Penn Plaza, 16th Floor
New York, NY 10001

BeneFlex, Inc.
77 Brant Avenue, #206
Clark, NJ 07066

Huebscher Consulting
630 Third Avenue, 21st Floor
New York, NY 10017
Attn: Eric M. Huebscher
ehuebscher@huebscherconsulting.com