**Greylock Capital Associates, LLC**
Statement of Financial Condition
As of December 31, 2019

(expressed in U.S. dollars)

| | | |
|---|---|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 302,397 |
| Investment in wholly owned subsidiaries | | 4,432,883.78 |
| Amounts due from related parties | | 12,813 |
| Restricted cash | | 684,129 |
| Fixed assets, net of accumulated depreciation | | 583,503 |
| Deferred tax asset | | 2,500 |
| Other assets | | 328,704 |
| | | |
| **Total Assets** | | 6,346,930 |
| | | |
| **Liabilities** | | |
| Compensation payable | | 891,212 |
| Amounts due to related parties | | 1,741 |
| Accounts payable and accrued expenses | | 1,155,739 |
| Other liabilities | | 286,250 |
| | | |
| **Total liabilities** | | 2,334,942 |
| | | |
| **Members' capital** | | 4,011,986 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Consolidated Statement of Operations
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  |  |  |
|---|---:|---:|
| **Operating Income** |  |  |
| Dividend Income from Subsidiaries | $ | 9,118,811 |
| Interest income |  | 1,524 |
| Other income |  | 36,989 |
|  |  |  |
| Total operating income |  | 9,157,324 |
|  |  |  |
| **Operating expenses** |  |  |
| Compensation | $ | 5,158,624 |
| Marketing |  | 483,703 |
| Administrative and operating expenses |  | 2,621,319 |
| Legal and professional fees |  | 282,122 |
| Total operating expenses |  | 8,545,768 |
|  |  |  |
| **Net Income/(Loss)** | $ | 611,556 |

**NOTES:**

1. Information presented for 2019 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Net Income | $ | 611,556 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | | |
| Depreciation on fixed assets | | 127,810 |
| *Change in operating assets and liabilities* | | |
| Investment in wholly owned subsidiaries | | (420,090.00) |
| Amounts due from related parties | | (132,386) |
| Other assets | | (11,989) |
| Accounts payable and accrued expenses | | 380,982 |
| Incentive compensation payable | | (1,163,368) |
| Compensation payable | | 891,212 |
| Other liabilities | | 51,443 |
| **Net cash provided by operating activities** | | 335,170 |
| | | |
| **Cash flows from investing** | | |
| Disposals of fixed assets | | - |
| Purchases of fixed assets | | (1,034.00) |
| **Net cash provided by investing activities** | | (1,034) |
| | | |
| **Cash flows from financing activities** | | |
| Capital Contributions | | - |
| Distributions | | (850,000.00) |
| **Net cash provided by financing activities** | | (850,000) |
| | | |
| **Net Change in Cash and Restricted Cash** | | (515,864) |
| **Cash & Restricted Cash Balance at Beg of Period** | | 1,502,390 |
| **Cash & Restricted Cash Balance at End of Period** | | 986,526 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2019

|  |  | GCA |
|---|---|---:|
| **Members' Capital, beginning of the year** | $ | 4,250,430 |
| Contributions | | - |
| Distributions | | (850,000) |
| Net increase in Members' capital resulting from operations | | 611,556 |
| **Members' Capital, at the end of the year** | | 4,011,986 |

**Greylock Capital Associates, LLC**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 1,136,590 |
| Investment in wholly owned subsidiaries | | 4,532,659 |
| Amounts due from related parties | | 8,596 |
| Restricted cash | | 456,129 |
| Fixed assets, net of accumulated depreciation | | 460,593 |
| Deferred tax asset | | 2,500 |
| Other assets | | 41,715 |
| **Total Assets** | | 6,638,782 |
| | | |
| **Liabilities** | | |
| Amounts due to related parties | | (132) |
| Accounts payable and accrued expenses | | 1,365,834 |
| Other liabilities | | 25,591 |
| **Total liabilities** | | 1,391,294 |
| | | |
| **Members' capital** | | 5,247,488 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  |  |  |
|---|---:|---:|
| **Operating Income** |  |  |
| Dividend Income from Subsidiaries | $ | 8,513,953 |
| Interest income |  | 16,298.00 |
| Other income |  | 45,740.00 |
|  |  |  |
| Total operating income |  | 8,575,991 |
|  |  |  |
| **Operating expenses** |  |  |
| Compensation |  | 4,285,950 |
| Marketing |  | 288,028 |
| Administrative and operating expenses |  | 2,522,264 |
| Legal and professional fees |  | 244,246 |
| Total operating expenses |  | 7,340,488 |
|  |  |  |
| **Net Income/(Loss)** | $ | 1,235,503 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Net Income | $ | 1,235,502.00 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | | |
| Depreciation on fixed assets | | 122,910 |
| *Change in operating assets and liabilities* | | |
| Investment in wholly owned subsidiaries | | (99,775) |
| Amounts due from related parties | | 4,216 |
| Other assets | | 36,989 |
| Accounts payable and accrued expenses | | 210,095 |
| Amounts due to related parties | | (131) |
| Compensation payable | | (891,212) |
| Other liabilities | | (12,400) |
| **Net cash provided by operating activities** | | 606,194 |
| | | |
| **Cash flows from financing activities** | | |
| Capital Contributions | | - |
| Distributions | | - |
| **Net cash provided by financing activities** | | - |
| | | |
| **Net Change in Cash and Restricted Cash** | | 606,194 |
| **Cash & Restricted Cash Balance at Beg of Period** | | 986,526 |
| **Cash & Restricted Cash Balance at End of Period** | | 1,592,720 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  |  |
|---|---:|
| **Members' Capital, beginning of the year** | $ 4,011,985 |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | 1,235,503 |
| **Members' Capital, at the end of the year** | 5,247,488 |

**Greylock Capital Associates, LLC**
Statement of Financial Condition
As of January 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 512,974 |
| Investment in wholly owned subsidiaries | | 4,532,658.88 |
| Amounts due from related parties | | 9,450 |
| Restricted cash | | 456,322 |
| Fixed assets, net of accumulated depreciation | | 460,593 |
| Deferred tax asset | | 2,500 |
| Other assets | | 41,714 |
| | | |
| **Total Assets** | | 6,016,212 |
| | | |
| **Liabilities** | | |
| Amounts due to related parties | | (131) |
| Accounts payable and accrued expenses | | 1,237,429 |
| Other liabilities | | 23,850 |
| | | |
| **Total liabilities** | | 1,261,148 |
| | | |
| **Members' capital** | | 4,755,064 |

**NOTES:**

1. Information presented for 2021 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Operations
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Operating Income** | | |
| Dividend Income from Subsidiaries | $ | - |
| Management fees | | - |
| Incentive fees | | - |
| Unrealized on funds | | - |
| Interest income | | - |
| Other income | | - |
| Total operating income | | - |
| | | |
| **Operating expenses** | | |
| Compensation | $ | 31,124 |
| Marketing | | - |
| Administrative and operating expenses | | 556,443 |
| Legal and professional fees | | (40,061) |
| Depreciation | | - |
| Sub-advisory fees | | - |
| Total operating expenses | | 547,506 |
| | | |
| **Net Income/(Loss)** | $ | (547,506) |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without

**Greylock Capital Associates, LLC**
Statement of Cash Flows
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Net Income | $ | (547,506) |
| Adjustments to reconcile to net cash provided by/(used in) operations: | | - |
| Depreciation on fixed assets | | - |
| *Change in operating assets and liabilities* | | - |
|     Investment in wholly owned subsidiaries | | - |
|     Management and incentive fees receivable | | - |
|     Investment in Funds, at fair value | | - |
|     Amounts due from related parties | | (854) |
|     Other assets | | - |
|     Deferred tax asset | | - |
|     Fixed assets, net of accumulated depreciation | | - |
|     Accounts payable and accrued expenses | | (128,404) |
|     Amounts due to related parties | | (1,741) |
|     Incentive compensation payable | | - |
|     Compensation payable | | - |
|     Other liabilities | | - |
| **Net cash provided by operating activities** | | (678,505) |
| | | |
| **Cash flows from investing** | | |
|     Disposals of fixed assets | | - |
|     Purchases of fixed assets | | - |
| **Net cash provided by investing activities** | | - |
| | | |
| **Cash flows from financing activities** | | |
|     Capital Contributions | | - |
|     Distributions | | - |
| **Net cash provided by financing activities** | | - |
| | | |
| **Net Change in Cash and Restricted Cash** | | (678,505) |
| **Cash & Restricted Cash Balance at Beg of Period** | | 1,647,801 |
| **Cash & Restricted Cash Balance at End of Period** | | 969,296 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Associates, LLC**
Statement of Changes in Members' Capital
For the period ended Jan 31, 2021

|  | | GCA |
|---|---|---:|
| **Members' Capital, beginning of the year** | $ | 5,247,488 |
| Adjustments to Retained Earnings | | 55,082 |
| Contributions | | - |
| Distributions | | - |
| Net increase in Members' capital resulting from operations | | (547,506) |
| **Members' Capital, at the end of the year** | | 4,755,064 |