**Greylock Capital Management, LLC**
Statement of Financial Condition
As of December 31, 2019

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 1,417,822 |
| Investment in Funds, at fair value | | 2,436,186 |
| Amounts due from related parties | | 2,493,284 |
| Management and incentive fees receivable | | 1,263,821 |
| Other assets | | 19 |
| **Total Assets** | | 7,611,132 |
| **Liabilities** | | |
| Amounts due to related parties | | 2,081 |
| Other liabilities | | 169,344 |
| **Total liabilities** | | 171,425 |
| **Members' capital** | | 7,439,708 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written

**Greylock Capital Management, LLC**
Consolidated Statement of Operations
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | GCM |
|---|---:|
| **Operating Income** |  |
| Management fees | 8,132,122.00 |
| Incentive fees | 275,155 |
| Unrealized on funds | (8,423) |
| Other income | 50,000 |
|  |  |
| Total operating income | 8,448,854 |
|  |  |
| **Operating expenses** |  |
| Administrative and operating expenses | 5,870 |
| Total operating expenses | 5,870 |
|  |  |
| **Net Income/(Loss)** | $ 8,442,984 |

**NOTES:**

1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

| | |
|---|---:|
| **Cash flows from operating activities** | |
| Net Income | $ 8,442,983 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* | - |
| Investment in wholly owned subsidiaries | |
| Management and incentive fees receivable | 303,292 |
| Investment in Funds, at fair value | 5,158,051 |
| Amounts due from related parties | (1,493,283) |
| Amounts due to related parties | 21,573 |
| Other liabilities | 100,000 |
| **Net cash provided by operating activities** | 12,532,616 |
| | |
| **Cash flows from investing** | |
| Disposals of fixed assets | - |
| Purchases of fixed assets | - |
| **Net cash provided by investing activities** | - |
| | |
| **Cash flows from financing activities** | |
| Capital Contributions | 276,057.00 |
| Distributions | (11,396,592.00) |
| **Net cash provided by financing activities** | (11,120,535) |
| | |
| **Net Change in Cash and Restricted Cash** | 1,412,081 |
| **Cash & Restricted Cash Balance at Beg of Period** | 5,741 |
| **Cash & Restricted Cash Balance at End of Period** | 1,417,822 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2019

|  | | GCM |
|---|---|---:|
| **Members' Capital, beginning of the year** | $ | 10,117,259 |
| Contributions | | 276,057 |
| Distributions | | (11,396,592) |
| Net increase in Members' capital resulting from operations | | 8,442,984 |
| **Members' Capital, at the end of the year** | | 7,439,709 |

**Greylock Capital Management, LLC**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

**Assets**

| | | |
|---|---|---|
| Cash and cash equivalents | $ | 198,706 |
| Investment in Funds, at fair value | | 2,120,087 |
| Amounts due from related parties | | 1,066,174 |
| Management and incentive fees receivable | | 868,650 |
| Other assets | | 19 |
| **Total Assets** | | **4,253,636** |

**Liabilities**

| | |
|---|---|
| Amounts due to related parties | 19,427.60 |
| Accounts payable and accrued expenses | 81,101 |
| Other liabilities | 169,344 |
| **Total liabilities** | **269,873** |
| **Members' capital** | **3,983,764** |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | GCM |
|---|---:|
| **Operating Income** | |
| Management fees | $ 5,272,937 |
| Unrealized on funds | (316,099) |
| Interest income | 380 |
| | |
| Total operating income | 4,957,218 |
| | |
| **Operating expenses** | |
| Administrative and operating expenses | (1,148) |
| Total operating expenses | (1,148) |
| | |
| **Net Income/(Loss)** | $ 4,958,366 |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Net Income | $ | 4,958,366.00 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | | |
| Depreciation on fixed assets | | - |
| *Change in operating assets and liabilities* | | - |
|     Investment in wholly owned subsidiaries | | |
|     Management and incentive fees receivable | | 395,171 |
|     Investment in Funds, at fair value | | 316,099 |
|     Amounts due from related parties | | 1,427,109 |
|     Other assets | | - |
|     Accounts payable and accrued expenses | | 81,101 |
|     Amounts due to related parties | | 17,347 |
|     Compensation payable | | - |
|     Other liabilities | | - |
| **Net cash provided by operating activities** | | 7,195,193 |
| | | |
| **Cash flows from financing activities** | | |
|     Capital Contributions | | 99,643 |
|     Distributions | | (8,513,953) |
| **Net cash provided by financing activities** | | (8,414,310) |
| | | |
| **Net Change in Cash and Restricted Cash** | | (1,219,117) |
| **Cash & Restricted Cash Balance at Beg of Period** | | 1,417,822 |
| **Cash & Restricted Cash Balance at End of Period** | | 198,705 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  | **GCM** |
|---|---:|
| **Members' Capital, beginning of the year** | $ 7,439,708 |
| Contributions | 99,643 |
| Distributions | (8,513,953) |
| Net increase in Members' capital resulting from operations | 4,958,366 |
| **Members' Capital, at the end of the year** | 3,983,764 |

**Greylock Capital Management, LLC**
Statement of Financial Condition
As of January 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 813,220 |
| Investment in wholly owned subsidiaries | | - |
| Investment in Funds, at fair value | | 1,688,789 |
| Amounts due from related parties | | 1,066,174 |
| Restricted cash | | 0 |
| Fixed assets, net of accumulated depreciation | | 0 |
| Management and incentive fees receivable | | 1,058,873 |
| Other receivables | | 0 |
| Deferred tax asset | | 0 |
| Prepaid expenses | | 0 |
| Other assets | | 20 |
| **Total Assets** | | 4,627,076 |
| | | |
| **Liabilities** | | |
| Compensation payable | | 0 |
| Incentive compensation payable | | 0 |
| Third-party marketing fees payable | | 0 |
| Amounts due to related parties | | (0) |
| Accounts payable and accrued expenses | | 136,183 |
| Capital contribution received in advance | | 0 |
| Redemptions payable | | 0 |
| Other liabilities | | 169,343 |
| Current income tax liabilities | | 0 |
| Deferred tax liabilities | | 0 |
| **Total liabilities** | | 305,526 |
| | | |
| **Members' capital** | | 4,321,551 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Operations
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | GCM |
|---|---:|
| **Operating Income** | |
| Management fees | 379,000.00 |
| Unrealized on funds | 13,863 |
| Interest income | 5 |
| | |
| Total operating income | 392,868 |
| | |
| **Operating expenses** | |
| Administrative and operating expenses | 55,081 |
| Total operating expenses | 55,081 |
| | |
| **Net Income/(Loss)** | $ 337,787 |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Cash Flows
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Net Income | $ | 337,787 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | | - |
| Depreciation on fixed assets | | - |
| *Change in operating assets and liabilities* | | - |
|    Investment in wholly owned subsidiaries | | |
|    Management and incentive fees receivable | | (190,224) |
|    Investment in Funds, at fair value | | 431,298 |
|    Amounts due from related parties | | - |
|    Other assets | | - |
|    Deferred tax asset | | - |
|    Fixed assets, net of accumulated depreciation | | - |
|    Accounts payable and accrued expenses | | 55,083 |
|    Amounts due to related parties | | - |
|    Incentive compensation payable | | - |
|    Compensation payable | | - |
|    Other liabilities | | - |
| **Net cash provided by operating activities** | | 633,944 |
| | | |
| **Cash flows from investing** | | |
|    Disposals of fixed assets | | - |
|    Purchases of fixed assets | | - |
| **Net cash provided by investing activities** | | - |
| | | |
| **Cash flows from financing activities** | | |
|    Capital Contributions | | (19,429.00) |
|    Distributions | | - |
| **Net cash provided by financing activities** | | (19,429) |
| | | |
| **Net Change in Cash and Restricted Cash** | | 614,515 |
| **Cash & Restricted Cash Balance at Beg of Period** | | 198,705 |
| **Cash & Restricted Cash Balance at End of Period** | | 813,220 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  |  | GCM |
|---|---|---:|
| **Members' Capital, beginning of the year** | $ | 3,983,764 |
| Adjustments to Retained Earnings | | |
| Contributions | | - |
| Distributions | | - |
| Net increase in Members' capital resulting from operations | | 337,787 |
| **Members' Capital, at the end of the year** | | 4,321,551 |