**Greylock Capital Advisors, LLC**
Statement of Financial Condition
As of December 31, 2019

(expressed in U.S. dollars)

|  |  |
|---|---:|
| **Assets** |  |
| Other assets | 536,944 |
|  |  |
| **Total Assets** | 536,944 |
|  |  |
| **Liabilities** |  |
|  |  |
| **Total liabilities** | (0) |
|  |  |
| **Members' capital** | 536,944 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written

**Greylock Capital Advisors, LLC**
Consolidated Statement of Operations
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | <no activity><br>GC Advisors |
|---|---:|
| **Operating Income** | |
| Dividend Income from Subsidiaries | $ - |
| Management fees | - |
| Incentive fees | - |
| Unrealized on funds | - |
| Interest income | - |
| Other income | - |
| Total operating income | - |
| | |
| **Operating expenses** | |
| Compensation | $ - |
| Marketing | - |
| Administrative and operating expenses | - |
| Legal and professional fees | - |
| Depreciation | - |
| Sub-advisory fees | - |
| Total operating expenses | - |
| | |
| **Net Income/(Loss)** | $ - |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisors, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | *<no cash/activity>*<br>**GC Advisors** |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | $ - |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* |  |
| Investment in wholly owned subsidiaries |  |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Amounts due from related parties | - |
| Amounts due to related parties | - |
| Other liabilities | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from investing** |  |
| Disposals of fixed assets |  |
| Purchases of fixed assets |  |
| **Net cash provided by investing activities** |  |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions |  |
| Distributions |  |
| **Net cash provided by financing activities** |  |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | - |
| **Cash & Restricted Cash Balance at End of Period** | - |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisors, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2019

|  | GC Advisors |
|---|---:|
| **Members' Capital, beginning of the year** | $ 536,944 |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | 536,944 |

**Greylock Capital Advisers, LLC**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

|  |  |
|---|---:|
| **Assets** |  |
| Other assets | 536,944 |
| **Total Assets** | 536,944 |
| **Liabilities** |  |
| **Total liabilities** | (0) |
| **Members' capital** | 536,944 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisers, LLC**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | <span style="color:red">**&lt;no activity&gt;**</span><br>**GC Advisors** |
|---|---:|
| **Operating Income** |  |
| Other income | - |
|  |  |
| Total operating income | - |
|  |  |
| **Operating expenses** |  |
| Administrative and operating expenses | - |
| Total operating expenses | - |
|  |  |
| **Net Income/(Loss)** | $ - |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisers, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | *<no cash/activity>* <br> **GC Advisors** |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | $   - |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Accounts payable and accrued expenses | - |
| Amounts due to related parties | - |
| Other liabilities | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions |  |
| Distributions |  |
| **Net cash provided by financing activities** |  |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | - |
| **Cash & Restricted Cash Balance at End of Period** | - |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisers, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  | GC Advisors |
|---|---:|
| **Members' Capital, beginning of the year** | $ 536,944 |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | 536,944 |

**Greylock Capital Advisors, LLC**
Statement of Financial Condition
As of January 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | - |
| Investment in wholly owned subsidiaries | | - |
| Investment in Funds, at fair value | | 0 |
| Amounts due from related parties | | (0) |
| Restricted cash | | 0 |
| Fixed assets, net of accumulated depreciation | | 0 |
| Management and incentive fees receivable | | 0 |
| Other receivables | | 0 |
| Deferred tax asset | | 0 |
| Prepaid expenses | | 0 |
| Other assets | | 536,944 |
| **Total Assets** | | 536,944 |
| **Liabilities** | | |
| Compensation payable | | 0 |
| Incentive compensation payable | | 0 |
| Third-party marketing fees payable | | 0 |
| Amounts due to related parties | | (0) |
| Accounts payable and accrued expenses | | 0 |
| Capital contribution received in advance | | 0 |
| Redemptions payable | | 0 |
| Other liabilities | | 0 |
| Current income tax liabilities | | 0 |
| Deferred tax liabilities | | 0 |
| **Total liabilities** | | (0) |
| **Members' capital** | | 536,944 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisors, LLC**
Statement of Operations
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | <no activity><br>GC Advisors |
|---|---:|
| **Operating Income** | |
| Management fees | - |
| Unrealized on funds | - |
| Interest income | - |
| Total operating income | - |
| **Operating expenses** | |
| Administrative and operating expenses | - |
| Total operating expenses | - |
| **Net Income/(Loss)** | $ - |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the

**Greylock Capital Advisors, LLC**
Statement of Cash Flows
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | *<no cash/activity>* **GC Advisors** |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | $ - |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* |  |
| Investment in wholly owned subsidiaries |  |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Accounts payable and accrued expenses | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from investing** |  |
| Disposals of fixed assets |  |
| Purchases of fixed assets |  |
| **Net cash provided by investing activities** |  |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions |  |
| Distributions |  |
| **Net cash provided by financing activities** |  |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | - |
| **Cash & Restricted Cash Balance at End of Period** | - |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Advisors, LLC**
Statement of Changes in Members' Capital
For the period ended Jan 31, 2021

|  | GC Advisors |
|---|---:|
| **Members' Capital, beginning of the year** | $ 536,944 |
| Adjustments to Retained Earnings |  |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | 536,944 |