**Greylock Capital Financial Advisors LLC**
Statement of Financial Condition
As of December 31, 2019

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 4,024 |
| Amounts due from related parties | | 204,719 |
| | | |
| **Total Assets** | | 208,743 |
| | | |
| **Liabilities** | | |
| Accounts payable and accrued expenses | | 200,000 |
| | | |
| **Total liabilities** | | 200,000 |
| | | |
| **Members' capital** | | 8,743 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written

**Greylock Capital Financial Advisors LLC**
Consolidated Statement of Operations
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | GCFA |
|---|---:|
| **Operating Income** | |
| Interest income | 130 |
| Other income | 408,000 |
| | |
| Total operating income | 408,130 |
| | |
| **Operating expenses** | |
| Administrative and operating expenses | 35 |
| Legal and professional fees | 400,000 |
| Total operating expenses | 400,035 |
| | |
| **Net Income/(Loss)** | $ 8,095 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Cash Flows
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Net Income | $ | 8,442,983 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | | |
| Depreciation on fixed assets | | - |
| *Change in operating assets and liabilities* | | - |
| Investment in wholly owned subsidiaries | | |
| Management and incentive fees receivable | | 303,292 |
| Investment in Funds, at fair value | | 5,158,051 |
| Amounts due from related parties | | (1,493,283) |
| Amounts due to related parties | | 21,573 |
| Other liabilities | | 100,000 |
| **Net cash provided by operating activities** | | 12,532,616 |
| | | |
| **Cash flows from investing** | | |
| Disposals of fixed assets | | - |
| Purchases of fixed assets | | - |
| **Net cash provided by investing activities** | | - |
| | | |
| **Cash flows from financing activities** | | |
| Capital Contributions | | 276,057.00 |
| Distributions | | (11,396,592.00) |
| **Net cash provided by financing activities** | | (11,120,535) |
| | | |
| **Net Change in Cash and Restricted Cash** | | 1,412,081 |
| **Cash & Restricted Cash Balance at Beg of Period** | | 5,741 |
| **Cash & Restricted Cash Balance at End of Period** | | 1,417,822 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2019

|  | GCFA |
|---|---:|
| **Members' Capital, beginning of the year** | $ 623 |
| Contributions | 25 |
| Distributions | - |
| Net increase in Members' capital resulting from operations | 8,095 |
| **Members' Capital, at the end of the year** | 8,743 |

**Greylock Capital Financial Advisors LLC**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 15,933 |
| | | |
| **Total Assets** | | 15,933 |
| | | |
| **Liabilities** | | |
| Other liabilities | | 203,999 |
| | | |
| **Total liabilities** | | 203,999 |
| | | |
| **Members' capital** | | (188,066) |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | GCFA |
|---|---:|
| **Operating Income** | |
| Other income | 408,000 |
| | |
| Total operating income | 408,000 |
| | |
| **Operating expenses** | |
| Administrative and operating expenses | 91 |
| Total operating expenses | 400,223 |
| | |
| **Net Income/(Loss)** | $ 7,777 |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

| | |
|---|---:|
| **Cash flows from operating activities** | |
| Net Income | $ 7,778.00 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | |
|    Accounts payable and accrued expenses | (200,000) |
|    Amounts due to related parties | 132 |
|    Other liabilities | 204,000 |
| **Net cash provided by operating activities** | 11,910 |
| | |
| **Cash flows from financing activities** | |
|    Capital Contributions | - |
|    Distributions | - |
| **Net cash provided by financing activities** | - |
| | |
| **Net Change in Cash and Restricted Cash** | 11,910 |
| **Cash & Restricted Cash Balance at Beg of Period** | 4,024 |
| **Cash & Restricted Cash Balance at End of Period** | 15,934 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  | GCFA |
|---|---:|
| **Members' Capital, beginning of the year** | $ (195,976) |
| Contributions | 133 |
| Distributions | - |
| Net increase in Members' capital resulting from operations | 7,777 |
| **Members' Capital, at the end of the year** | (188,066) |

**Greylock Capital Financial Advisors LLC**
Statement of Financial Condition
As of January 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 15,933 |
| Investment in wholly owned subsidiaries | | - |
| Investment in Funds, at fair value | | 0 |
| Amounts due from related parties | | 0 |
| Restricted cash | | 0 |
| Fixed assets, net of accumulated depreciation | | 0 |
| Management and incentive fees receivable | | 0 |
| Other receivables | | 0 |
| Deferred tax asset | | 0 |
| Prepaid expenses | | 0 |
| Other assets | | 0 |
| **Total Assets** | | 15,933 |
| **Liabilities** | | |
| Compensation payable | | 0 |
| Incentive compensation payable | | 0 |
| Third-party marketing fees payable | | 0 |
| Amounts due to related parties | | 0 |
| Accounts payable and accrued expenses | | 0 |
| Capital contribution received in advance | | 0 |
| Redemptions payable | | 0 |
| Other liabilities | | 0 |
| Current income tax liabilities | | 0 |
| Deferred tax liabilities | | 0 |
| **Total liabilities** | | 0 |
| **Members' capital** | | 15,934 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Operations
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | GCFA |
|---|---:|
| **Operating Income** | |
| Dividend Income from Subsidiaries | $ - |
| Management fees | - |
| Unrealized on funds | - |
| Interest income | - |
| Other income | 204,000 |
| | |
| Total operating income | 204,000 |
| | |
| **Operating expenses** | |
| Administrative and operating expenses | - |
| Total operating expenses | - |
| | |
| **Net Income/(Loss)** | $ 204,000 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without th

**Greylock Capital Financial Advisors LLC**
Statement of Cash Flows
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | GCFA |
|---|---:|
| **Cash flows from operating activities** | |
| Net Income | $ 204,000.00 |
| Adjustments to reconcile to net cash provided by/(used in) operations: | |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* | |
| Investment in wholly owned subsidiaries | |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Accounts payable and accrued expenses | - |
| **Net cash provided by operating activities** | - |
| | |
| **Cash flows from investing** | |
| Disposals of fixed assets | |
| Purchases of fixed assets | |
| **Net cash provided by investing activities** | |
| | |
| **Cash flows from financing activities** | |
| Capital Contributions | |
| Distributions | |
| **Net cash provided by financing activities** | |
| | |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | 15,933 |
| **Cash & Restricted Cash Balance at End of Period** | 15,933 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Financial Advisors LLC**
Statement of Changes in Members' Capital
For the period ended Jan 31, 2021

|  | GCFA |
|---|---:|
| **Members' Capital, beginning of the year** | $ (188,067) |
| Adjustments to Retained Earnings |  |
| Contributions | 0 |
| Distributions | (0) |
| Net increase in Members' capital resulting from operations | 204,000 |
| **Members' Capital, at the end of the year** | 15,934 |