**GCFA Securities, LLC**
Statement of Financial Condition
As of December 31, 2019

(expressed in U.S. dollars)

<span style="color:red">*&lt;zero balance&gt;*</span>

| | |
|---|---:|
| **Assets** | |
| Cash and cash equivalents | - |
| Amounts due from related parties | - |
| **Total Assets** | - |
| | |
| **Liabilities** | |
| Accounts payable and accrued expenses | - |
| Capital contribution received in advance | - |
| Redemptions payable | - |
| **Total liabilities** | - |
| | |
| **Members' capital** | - |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written

**GCFA Securities, LLC**
Consolidated Statement of Operations
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | <span style="color:red">**&lt;no activity&gt;**</span><br>**GCFA Securities** |
|---|---:|
| **Operating Income** |  |
| Interest income | - |
| Other income | - |
|  |  |
| Total operating income | - |
|  |  |
| **Operating expenses** |  |
| Administrative and operating expenses | - |
| Legal and professional fees | - |
| Total operating expenses | - |
|  |  |
| **Net Income/(Loss)** | $ - |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**GCFA Securities, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | *&lt;no cash/activity&gt;*<br>**GCFA Securities** |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | $ - |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* |  |
| Investment in wholly owned subsidiaries |  |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Amounts due from related parties | - |
| Amounts due to related parties | - |
| Other liabilities | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from investing** |  |
| Disposals of fixed assets |  |
| Purchases of fixed assets |  |
| **Net cash provided by investing activities** |  |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions |  |
| Distributions |  |
| **Net cash provided by financing activities** |  |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | - |
| **Cash & Restricted Cash Balance at End of Period** | - |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

# GCFA Securities, LLC
Statement of Changes in Members' Capital
For the period ended Dec 31, 2019

|  | *&lt;zero balance&gt;* <br> **GCFA Securities** |
|---|---:|
| **Members' Capital, beginning of the year** | $ - |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | - |

**GCFA Securities, LLC**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

|  | *<zero balance>* |
|---|---:|
| **Assets** | |
| Other receivables | 0 |
| Deferred tax asset | 0 |
| Prepaid expenses | 0 |
| Other assets | 0 |
| **Total Assets** | 0 |
| **Liabilities** | |
| Current income tax liabilities | 0 |
| Deferred tax liabilities | 0 |
| **Total liabilities** | 0 |
| **Members' capital** | 0 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**GCFA Securities, LLC**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | **&lt;no activity&gt;**<br>**GCFA Securities** |
|---|---:|
| **Operating Income** | |
| Other income | - |
| Total operating income | - |
| **Operating expenses** | |
| Administrative and operating expenses | - |
| Total operating expenses | - |
| **Net Income/(Loss)** | $ - |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**GCFA Securities, LLC**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | *<no cash/activity>*<br>**GCFA Securities** |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | $ - |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Accounts payable and accrued expenses | - |
| Amounts due to related parties | - |
| Other liabilities | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions |  |
| Distributions |  |
| **Net cash provided by financing activities** |  |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | - |
| **Cash & Restricted Cash Balance at End of Period** | - |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**GCFA Securities, LLC**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  | *<zero balance>*<br>**GCFA Securities** |
|---|---|
| **Members' Capital, beginning of the year** | $ - |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | - |

**GCFA Securities, LLC**
Statement of Financial Condition
As of January 31, 2021

(expressed in U.S. dollars)

|  | *<zero balance>* |
|---|---:|
| **Assets** | |
| Cash and cash equivalents | $ - |
| Investment in wholly owned subsidiaries | - |
| Investment in Funds, at fair value | 0 |
| Amounts due from related parties | 0 |
| Restricted cash | 0 |
| Fixed assets, net of accumulated depreciation | 0 |
| Management and incentive fees receivable | 0 |
| Other receivables | 0 |
| Deferred tax asset | 0 |
| Prepaid expenses | 0 |
| Other assets | 0 |
| **Total Assets** | 0 |
| **Liabilities** | |
| Compensation payable | 0 |
| Incentive compensation payable | 0 |
| Third-party marketing fees payable | 0 |
| Amounts due to related parties | 0 |
| Accounts payable and accrued expenses | 0 |
| Capital contribution received in advance | 0 |
| Redemptions payable | 0 |
| Other liabilities | 0 |
| Current income tax liabilities | 0 |
| Deferred tax liabilities | 0 |
| **Total liabilities** | 0 |
| **Members' capital** | 0 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**GCFA Securities, LLC**
Statement of Operations
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | <no activity><br>GCFA Securities |
|---|---:|
| **Operating Income** |  |
| Dividend Income from Subsidiaries | $ - |
| Management fees | - |
| Unrealized on funds | - |
| Interest income | - |
| Other income | - |
|  |  |
| Total operating income | - |
|  |  |
| **Operating expenses** |  |
| Administrative and operating expenses | - |
| Total operating expenses | - |
|  |  |
| **Net Income/(Loss)** | $ - |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated withou

**GCFA Securities, LLC**
Statement of Cash Flows
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | *<no cash/activity>*<br>**GCFA Securities** |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | $ - |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* |  |
| Investment in wholly owned subsidiaries |  |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Accounts payable and accrued expenses | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from investing** |  |
| Disposals of fixed assets |  |
| Purchases of fixed assets |  |
| **Net cash provided by investing activities** |  |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions |  |
| Distributions |  |
| **Net cash provided by financing activities** |  |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | - |
| **Cash & Restricted Cash Balance at End of Period** | - |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**GCFA Securities, LLC**
Statement of Changes in Members' Capital
For the period ended Jan 31, 2021

|  | *<zero balance>* <br> **GCFA Securities** |
|---|---:|
| **Members' Capital, beginning of the year** | $ - |
| Adjustments to Retained Earnings |  |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | - |