**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Financial Condition
As of December 31, 2019

(expressed in U.S. dollars)

|  |  |  |
|---|---|---:|
| **Assets** |  |  |
| Cash and cash equivalents | $ | 7,623 |
|  |  |  |
| **Total Assets** |  | 7,623 |
|  |  |  |
| **Liabilities** |  |  |
| Accounts payable and accrued expenses |  | 18,135 |
| Other liabilities |  | 12,328 |
|  |  |  |
| **Total liabilities** |  | 30,463 |
|  |  |  |
| **Members' capital** |  | (22,840) |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written

**Greylock Capital Management (Asia) Pte. Ltd.**
Consolidated Statement of Operations
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | GCM Asia |
|---|---:|
| **Operating Income** |  |
| Dividend Income from Subsidiaries | $ - |
| Management fees | - |
| Incentive fees | - |
| Unrealized on funds | - |
| Interest income | - |
| Other income | - |
| Total operating income | - |
|  |  |
| **Operating expenses** |  |
| Compensation | $ 293,633 |
| Marketing | - |
| Administrative and operating expenses | 61,602 |
| Legal and professional fees | 14,805 |
| Depreciation | - |
| Sub-advisory fees | - |
| Total operating expenses | 370,040 |
|  |  |
| **Net Income/(Loss)** | $ (370,040) |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Cash Flows
For the period ended Dec 31, 2019

(expressed in U.S. dollars)

|  | GCM Asia |
|---|---:|
| **Cash flows from operating activities** |  |
| Net Income | (370,040) |
| Adjustments to reconcile to net cash provided by/(used in) operations: |  |
| Depreciation on fixed assets | 765 |
| *Change in operating assets and liabilities* |  |
| Investment in wholly owned subsidiaries |  |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Amounts due from related parties | 821,147 |
| Other assets | 10,214 |
| Deferred tax asset | - |
| Fixed assets, net of accumulated depreciation | - |
| Accounts payable and accrued expenses | (82,635) |
| Amounts due to related parties | - |
| Incentive compensation payable | - |
| Compensation payable | (409,214) |
| Other liabilities | 5,653 |
| **Net cash provided by operating activities** | (24,110) |
|  |  |
| **Cash flows from investing** |  |
| Disposals of fixed assets | 4,677 |
| Purchases of fixed assets | - |
| **Net cash provided by investing activities** | 4,677 |
|  |  |
| **Cash flows from financing activities** |  |
| Capital Contributions | - |
| Distributions | - |
| **Net cash provided by financing activities** | - |
|  |  |
| **Net Change in Cash and Restricted Cash** | (19,433) |
| **Cash & Restricted Cash Balance at Beg of Period** | 27,057 |
| **Cash & Restricted Cash Balance at End of Period** | 7,624 |

**NOTES:**
1. Information presented for 2019 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

# Greylock Capital Management (Asia) Pte. Ltd.
Statement of Changes in Members' Capital
For the period ended Dec 31, 2019

|  | GCM Asia |
|---|---:|
| **Members' Capital, beginning of the year** | $ 347,200 |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | (370,040) |
| **Members' Capital, at the end of the year** | (22,840.43) |

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Financial Condition
As of December 31, 2020

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 7,623 |
| | | |
| Total Assets | | 7,623 |
| | | |
| **Liabilities** | | |
| Accounts payable and accrued expenses | | 18,135 |
| Other liabilities | | 12,328 |
| | | |
| Total liabilities | | 30,463 |
| | | |
| Members' capital | | (22,840) |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Operations
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

|  | <no activity> GCM Asia |
|---|---|
| **Operating Income** |  |
| Management fees | $ - |
| Unrealized on funds | - |
| Interest income | - |
|  |  |
| Total operating income | - |
|  |  |
| **Operating expenses** |  |
| Administrative and operating expenses | - |
| Total operating expenses | - |
|  |  |
| **Net Income/(Loss)** | $ - |

**NOTES:**

1. Information presented for 2020 is based on unaudited data.

2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Cash Flows
For the period ended Dec 31, 2020

(expressed in U.S. dollars)

| | |
|---|---:|
| **Cash flows from operating activities** | |
| Net Income | $ - |
| Adjustments to reconcile to net cash provided by/(used in) operations: | |
| Depreciation on fixed assets | - |
| *Change in operating assets and liabilities* | |
| Investment in wholly owned subsidiaries | |
| Management and incentive fees receivable | - |
| Investment in Funds, at fair value | - |
| Amounts due from related parties | - |
| Other assets | - |
| Accounts payable and accrued expenses | - |
| Amounts due to related parties | - |
| Compensation payable | - |
| Other liabilities | - |
| **Net cash provided by operating activities** | - |
| | |
| **Cash flows from financing activities** | |
| Capital Contributions | |
| Distributions | |
| **Net cash provided by financing activities** | |
| | |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | 7,623 |
| **Cash & Restricted Cash Balance at End of Period** | 7,623 |

**NOTES:**
1. Information presented for 2020 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Changes in Members' Capital
For the period ended Dec 31, 2020

|  | **GCM Asia** |
|---|---|
| **Members' Capital, beginning of the year** | $ (22,840) |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | (22,840) |

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Financial Condition
As of January 31, 2021

(expressed in U.S. dollars)

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ | 7,623 |
| Investment in wholly owned subsidiaries | | - |
| Investment in Funds, at fair value | | 0 |
| Amounts due from related parties | | 0 |
| Restricted cash | | 0 |
| Fixed assets, net of accumulated depreciation | | 0 |
| Management and incentive fees receivable | | 0 |
| Other receivables | | 0 |
| Deferred tax asset | | 0 |
| Prepaid expenses | | 0 |
| Other assets | | 0 |
| | | |
| **Total Assets** | | 7,623 |
| | | |
| **Liabilities** | | |
| Compensation payable | | 0 |
| Incentive compensation payable | | 0 |
| Third-party marketing fees payable | | 0 |
| Amounts due to related parties | | 0 |
| Accounts payable and accrued expenses | | 18,135 |
| Capital contribution received in advance | | 0 |
| Redemptions payable | | 0 |
| Other liabilities | | 12,328 |
| Current income tax liabilities | | 0 |
| Deferred tax liabilities | | 0 |
| | | |
| **Total liabilities** | | 30,463 |
| | | |
| **Members' capital** | | (22,840) |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Operations
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | <span style="color:red">&lt;no activity&gt;</span><br>GCM Asia |
|---|---:|
| **Operating Income** |  |
| Dividend Income from Subsidiaries | $ - |
| Management fees | - |
| Unrealized on funds | - |
| Interest income | - |
| Other income | - |
|  |  |
| Total operating income | - |
|  |  |
| **Operating expenses** |  |
| Administrative and operating expenses | - |
| Total operating expenses | - |
|  |  |
| **Net Income/(Loss)** | $ - |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Cash Flows
For the period ended Jan 31, 2021

(expressed in U.S. dollars)

|  | *<no activity>*<br>**GCM Asia** |
|---|---:|
| **Cash flows from operating activities** |  |
|    Net Income | $ - |
|    Adjustments to reconcile to net cash provided by/(used in) operations: |  |
|    Depreciation on fixed assets | - |
|    *Change in operating assets and liabilities* |  |
|       Investment in wholly owned subsidiaries |  |
|       Management and incentive fees receivable | - |
|       Investment in Funds, at fair value | - |
|       Accounts payable and accrued expenses | - |
| **Net cash provided by operating activities** | - |
|  |  |
| **Cash flows from investing** |  |
|    Disposals of fixed assets | - |
|    Purchases of fixed assets | - |
| **Net cash provided by investing activities** | - |
|  |  |
| **Cash flows from financing activities** |  |
|    Capital Contributions | - |
|    Distributions | - |
| **Net cash provided by financing activities** | - |
|  |  |
| **Net Change in Cash and Restricted Cash** | - |
| **Cash & Restricted Cash Balance at Beg of Period** | 7,623 |
| **Cash & Restricted Cash Balance at End of Period** | 7,623 |

**NOTES:**
1. Information presented for 2021 is based on unaudited data.
2. This document is confidential and may not be copied or disseminated without the prior written approval of GCA.

**Greylock Capital Management (Asia) Pte. Ltd.**
Statement of Changes in Members' Capital
For the period ended Jan 31, 2021

|  | GCM Asia |
|---|---:|
| **Members' Capital, beginning of the year** | $ (22,840) |
| Adjustments to Retained Earnings |  |
| Contributions | - |
| Distributions | - |
| Net increase in Members' capital resulting from operations | - |
| **Members' Capital, at the end of the year** | (22,840) |