# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | **EXHIBITS B-E TO RULE 2015.3 REPORT** |

## EXHIBIT B: Description of Operations

*Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity. Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.*

| Name of Entity | Ownership % | Nature of Interest | Description of Business |
|---|---|---|---|
| Greylock Capital Management, LLC ("GCM") | 100% | Wholly-owned subsidiary of the Debtor | Registered investment advisor; provides investment advisory services. |
| Greylock Capital Advisers, LLC | 100% | Wholly-owned subsidiary of the Debtor | Holds a condominium unit for use by partners and employees. |
| Greylock Capital Financial Advisors, LLC ("GCFA") | 100% | Wholly-owned subsidiary of the Debtor | Receives some consulting revenue and pays an overseas consultant. |
| GCFA Securities, LLC | 100% | Wholly-owned subsidiary of GCFA | Dormant entity. |
| Greylock Capital Management Ghana Limited | 100% | Wholly-owned subsidiary of GCM | Dormant entity. Currently in a state of wind down |
| Greylock Capital Management (Asia) Pte. Ltd. | 100% | Wholly-owned subsidiary of GCM | Dormant entity. Currently in a state of wind down |

## EXHIBIT C: Description of Intercompany Claims

*List and describe the Controlled Non-Debtor Entity's claims against any other controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.*

The Debtor is not aware of any intercompany claims by any Controlled Non-Debtor Entity against another Controlled Non-Debtor Entity. To the extent the Debtor discovers any such claims, the Debtor will supplement this report.

**EXHIBIT D: Allocation of Tax Liabilities and Assets**

*Describe how income, losses, tax payments, tax refunds or other tax attributes relating to federal, state or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.*

Because each of the above-identified Controlled Non-Debtor Entities is a 100% wholly-owned subsidiary of the Debtor and none of them have elected to be treated as a corporation for tax purposes, each such entity is considered a passthrough entity for tax purposes.

*Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.*

N/A.

**EXHIBIT E: Description of Controlled Non-Debtor Entity's Payments of Administrative Expenses, or Professional Fees Otherwise Payable by the Debtor**

*Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor.*

N/A.