# Greylock Capital **Corporate Structure**





- **Greylock Capital Associates, LLC** ("GCA") — 100% Internally Owned
  - 100% Ownership:
    - **Greylock Capital Management, LLC** ("GCM") — U.S. SEC Registered Investment Advisor
      - 100% Ownership: **Greylock Capital Management Ghana Limited**
      - 100% Ownership: **Greylock Capital Management (Asia) Pte. Ltd.**
    - **Greylock Capital Advisers, LLC** ("GCAdvisers")
    - **Greylock Capital Financial Advisers, LLC** ("GCFA")
      - 100% Ownership: **GCFA Securities, LLC** ("GCFAS")