Fill in this information to identify the case:

Debtor     Greylock Capital Associates, LLC

United States Bankruptcy Court for the:    Southern     District of New York
                                                                               (State)

Case number   21-22063
(If known)

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                                                                                                       **Total claim**           **Priority amount**

**2.1**   **Priority creditor's name and mailing address**      As of the petition filing date, the claim is:   $_____     $_____
       _____      *Check all that apply.*
       _____      ❑ Contingent
       _____      ❑ Unliquidated
                                                      ❑ Disputed

       **Date or dates debt was incurred**                  **Basis for the claim:**
       _____                          _____

       **Last 4 digits of account**                       **Is the claim subject to offset?**
       **number**   ___ ___ ___ ___                 ❑ No
                                                       ❑ Yes
       **Specify Code subsection of PRIORITY unsecured**
       **claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   **Priority creditor's name and mailing address**      As of the petition filing date, the claim is:   $_____     $_____
       _____      *Check all that apply.*
       _____      ❑ Contingent
       _____      ❑ Unliquidated
                                                      ❑ Disputed

       **Date or dates debt was incurred**                  **Basis for the claim:**
       _____                          _____

       **Last 4 digits of account**                       **Is the claim subject to offset?**
       **number**   ___ ___ ___ ___                 ❑ No
                                                       ❑ Yes
       **Specify Code subsection of PRIORITY unsecured**
       **claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   **Priority creditor's name and mailing address**      As of the petition filing date, the claim is:   $_____     $_____
       _____      *Check all that apply.*
       _____      ❑ Contingent
       _____      ❑ Unliquidated
                                                     ❑ Disputed

       **Date or dates debt was incurred**                  **Basis for the claim:**
       _____                          _____

       **Last 4 digits of account**                       **Is the claim subject to offset?**
       **number**   ___ ___ ___ ___                 ❑ No
                                                       ❑ Yes
       **Specify Code subsection of PRIORITY unsecured**
       **claim:** 11 U.S.C. § 507(a) (_____)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**
Eze Castle Integration

100 High Street, 16th Floor

Boston, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service contract

$ 26,340.06

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  L 0 0 1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Eze Castle Software LLC

12 Farnsworth Street, 6th Floor

Boston, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service contract

$ 36,000.00

**Date or dates debt was incurred**  10/01/2020-01/31/2021
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
Indus Valley Partners Corporation

1350 Broadway, Suite 601

New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service contract

$ 17,802.87

**Date or dates debt was incurred**  08/01/2020-01/31/2021
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
John Maguire

40 Central Park South, Apt. 7F

New York, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 200,000.00

**Date or dates debt was incurred**  12/31/2018; 12/31/2019
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
LTS Management, LLC

1011 Avenue of the Americas, 4th Floor

New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 12,270.00

**Date or dates debt was incurred**  01/27/2021
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
NYC Department of Finance

59 Maiden Lane, 19th Floor

New York, NY 10038-4502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 9,077.25

**Date or dates debt was incurred**  09/01/2020-11/30/2020
**Last 4 digits of account number**  7 0 0 2

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Greylock Capital Associates, LLC    Case number (if known) 21-22063
        Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,160.00 |

Hudson Fiber Network

12 North State Route 17, Suite 120

Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Monthly charge under terminated contract

**Date or dates debt was incurred** 01/29/2021
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,820.00 |

PriceWaterhouseCoopers LLP

P.O. Box 7247-8001

Philadelphia, PA 19170-8001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services contract

**Date or dates debt was incurred** 09/01/2020-01/31/2021
**Last 4 digits of account number** 5 3 3 7

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Greylock Capital Associates, LLC                               Case number (*if known*) 21-22063
        Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Line ____<br>☒ Not listed. Explain For notice only | ― ― ― ― |
| 4.2. | NYC Department of Finance<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor, New York, NY 10038 | Line 3.6<br>☐ Not listed. Explain ____ | 7 0 0 2 |
| 4.3. | NYS Department of Taxation and Finance<br>Bankruptcy Unit - TCD, Building 8, Room 455<br>W.A. Harriman State Campus, Albany, NY 12227 | Line ____<br>☒ Not listed. Explain For notice only | ― ― ― ― |
| 4.4. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 41. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.5. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.6. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.7. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.8. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.9. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.10. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |
| 4.11. | | Line ____<br>☐ Not listed. Explain ____ | ― ― ― ― |

Debtor   Greylock Capital Associates, LLC         Case number *(if known)* 21-22063
         Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 347,470.18 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 347,470.18 |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 5 of 5

**Fill in this information to identify the case and this filing:**

Debtor Name: Greylock Capital Associates, LLC

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number (If known): 21-22063

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* E/F
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/02/2021           ✗ /s/ David Steltzer
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  David Steltzer
                                  Printed name

                                  Chief Financial Officer
                                  Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**