# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | **NOTICE OF FILING <u>AMENDED SCHEDULE E/F</u>** |

To: Paxstone Capital Europe LLP
80-83 Long Lane
London EC1A 9ET
United Kingdom

Pursuant to Local Bankruptcy Rule 1009-1, the above-named Debtor gives notice that on March 2, 2021, the Debtor filed an Amended Schedule E/F (enclosed) that does not list you as a creditor herein. If you believe that you have an allowed claim against the Debtor, you should file a proof of claim with the Bankruptcy Court using the form previously provided you. Pursuant to the Order establishing deadlines to file proofs of claim, entered February 27, 2019, and Rule 9006(f), your deadline to file a proof of claim is April 5, 2021.

Dated: New York, New York
       February 8, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*