UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                           | Chapter 11                  |
|                                  |                             |
| GREYLOCK CAPITAL ASSOCIATES, LLC,| Case No. 21-22063 (RDD)     |
|                                  | **AFFIDAVIT OF SERVICE**    |
| Debtor.                          |                             |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF KINGS      )

LEAH KHALIL, being duly sworn, deposes and says:

On March 2, 2021, I served the following papers on those person listed on the annexed Service List, [1] by first class mail, by depositing said papers, in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and [2] by emailing a copy of said papers to the addresses indicated in the Service List:

- Application to Employ Amini LLC as Counsel Nunc Pro Tunc to Petition Date (ECF Doc. #34)

_____
Leah Khalil

Sworn to before me this 4th day
of March, 2021

_____
Notary Public

JEFFREY CHUBAK
Notary Public, Sate of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

# SERVICE LIST

Charles E. Boulbol P.C.
26 Broadway, 17th Floor
New York, NY 10004
rtrack@msn.com

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Attn: Richard Morrissey
richard.morrissey@usdoj.gov

Huebscher Consulting
630 Third Avenue, 21st Floor
New York, NY 10017
Attn: Eric M. Huebscher
ehuebscher@huebscherconsulting.com