UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF MOTION FOR FINAL HEARING AND CANCELLATION OF HEARING THEREON

PLEASE TAKE NOTICE, that the Debtor hereby withdraws its motion for a final order authorizing the continued use of its prepetition bank accounts and extending its time to comply with Bankruptcy Code section 345(b). (ECF Doc. #6.) The relief requested in the motion has been rendered unnecessary by the opening of DIP accounts. The hearing thereon, previously scheduled for March 29, 2021, at 10:00 a.m., is accordingly cancelled.

Dated: New York, New York
       March 26, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*