UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | **NOTICE OF ADJOURNMENT OF HEARING** |

PLEASE TAKE NOTICE, that with the consent of the Court, the hearing on all matters previously scheduled for March 29, 2021, at 10:00 a.m. (including the Subchapter V Status Conference, pursuant to Bankruptcy Code section 1188, ECF Doc. #11) has been adjourned to April 12, 2021, at 10:00 a.m. Pursuant to General Order M-543, the hearing will be conducted telephonically using Court Solutions.

Dated: New York, New York
      March 26, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Proposed Attorneys for the Debtor and Debtor in Possession*