Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for the Debtor and*
*Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREYLOCK CAPITAL ASSOCIATES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-22063 (RDD)<br><br>**MOTION TO SHORTEN TIME FOR**<br>**HEARING ON MOTION TO DISMISS** |

The Debtor hereby moves to shorten the time for hearing on its motion to dismiss, filed contemporaneously herewith, pursuant to Rule 9006(c), and states:

1. The Subchapter V status conference have been scheduled for April 12, 2021. (ECF Doc. #41.)

2. Contemporaneously herewith, the Debtor has moved to dismiss this case for cause, pursuant to Bankruptcy Code section 1112, on terms that provides for payment in full of all filed and scheduled claims and allowed Subchapter V Trustee fees, except for the Debtor's two largest claims the holders of which have agreed to different treatment, on terms provided in Stipulations annexed to the motion.

3. The reason for the requested dismissal is that, as indicated in the Pre-Status Conference Report (ECF Doc. #37), certain trading partners of the Debtor's investment advisor subsidiary have suspended doing business with it pending completion of this case, resulting in significant disruption.

4. The Debtor accordingly wishes to have its motion to dismiss heard and determined at the April 12, 2021 hearing.

5. Rule 2002(a)(4) requires that at least 21 days' notice be given of the hearing on a motion to dismiss a chapter 11 case; and Local Rule 9006-1, requires at least 14 days' notice.

6. The Debtor submits that cause exists to shorten notice, in light of the fact that the dismissal order provides for full payment of all filed and scheduled claims and allowed Subchapter V Trustee fees, except with respect to the two largest claims the holders of which have agreed to different treatment.

7. Shortening notice will also moot a potential contested matter on the United States Trustee's motion to strike the Debtor's Subchapter V designation. (ECF Doc. #42.)

8. Pursuant to Rule 9006(c), the Court may shorten time without notice. Therefore, no notice of this motion to shorten time has been given.

9. No prior application for the relief requested herein has been made to this Court or to any other court.

WHEREFORE, the Debtor requests that this Court enter the annexed proposed order and grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
March 30, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for the Debtor and Debtor in Possession*