UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | **NOTICE OF HEARING** <br> **Re: ECF Doc. #45 and #46** |

PLEASE TAKE NOTICE, that a hearing on the Debtor's **Motion to Dismiss Case**, pursuant to Bankruptcy Code section 1112 (ECF Doc. #45) and **Motion to Shorten Time for Hearing on Motion to Dismiss Case**, pursuant to Rule 9006(c) (ECF Doc. #46) will be held before the Honorable Robert D. Drain, on **April 12, 2021, at 10:00 a.m. (Eastern)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE, that pursuant to General Order M-543, Court Operations under the Exigent Circumstances Created by Covid-19, the hearing will be conducted telephonically through Court Solutions. Instructions for registering with Court Solutions can be viewed at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.

PLEASE TAKE FURTHER NOTICE, that objections to either or both motions must be filed with the Court prior to the above hearing date.

Dated: New York, New York
March 31, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for the Debtor and
Debtor in Possession*