UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | : | Chapter 11 |
|In re| : | |
| | : | Case No. 11-21-22063 (RDD) |
|Greylock Capital Associates, LLC | : | |
| | : | |
| | : | |
| Debtor | : | |

------------------------------------------------------

## FIRST INTERIM AND FINAL FEE APPLICATION OF ERIC M. HUEBSCHER AS SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2021 THROUGH APRIL 12, 2021

| | |
|---|---|
| Name of Applicant: | <u>Eric M. Huebscher</u> |
| Authorized to Provide Professional Services as: | <u>Subchapter V Trustee</u> |
| Date of Appointment: | <u>February 1, 2021</u> |
| Period for which compensation and Reimbursement are sought: | <u>February 1, 2021 through April 12, 2021</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$7,437.50</u> |
| Amount of Expense Reimbursement sought as actual, necessary and reasonable: | <u>$140.00</u> |
| Total Second Interim Approval Requested | <u>$7,577.50</u> |

This is a(n): __X__ interim/monthly __X__ final application

## MONTHLY FEES INCLUDED IN THIS FIRST INTERIM AND FINAL FEE APPLICATION:

| Period Covered | Requested | | Paid | | Approved | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| | | | | | | |
| First: 2/1/21 – 2/28/21 | $4,760.00 | $70.00 | $0 | $0 | NO | NO |
| Second: 3/1/21 – 3/31/21 | $997.50 | $0.00 | $0 | $0 | NO | NO |
| Third: 4/1/21 – 4/12/21 | $1,700.00 | $70.00 | $0 | $0 | YES | YES |

## SUMMARY OF FIRST INTERIM AND FINAL FEE APPLICATION
February 1, 2021 through April 12, 2021

### Compensation by Professional

| Name/Title | Experience (Years) | Rate/Hour | Hours | Total |
|---|---|---|---|---|
| Eric M. Huebscher, Subchapter V Trustee | 30+ | $425 | 17.5 | $7,437.50 |
| | | **Total** | | **$7,437.50** |

### Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 15.1 | $6,417.50 |
| Court Hearings | .9 | $382.50 |
| Fee Applications | 1.5 | $637.50 |
| **Total** | **17.5** | **$7,437.50** |

### Expense Summary

| Expense Category | Total Expenses |
|---|---|
| Court Call | $140.00 |
| **Total** | **$140.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | |
| Greylock Capital Associates, LLC | | : |
| | : | Case No. 11-21-22063 (RDD) |
| | : | |
| | : | |
| Debtor | : | |

---------------------------------------------------------

### FIRST INTERIM AND FINAL FEE APPLICATION OF ERIC M. HUEBSCHER AS SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2021 THROUGH APRIL 12, 2021

This is the First Interim and Final Fee Application of Eric M. Huebscher as the Subchapter V Trustee (the "Trustee") in the above-captioned bankruptcy case. This Application is set for a hearing on April 12, 2021.

1.      By this First Interim and Final Fee Application, the Trustee seeks approval and authorization for payment of the full amount of his fees of $7,437.50, as compensation, and the full reimbursement of his actual and necessary expenses in the amount of $140.00, for the period of February 1, 2021 through April 12, 2021 (the "Fee Period").

2.      Annexed hereto as Exhibits A-1 through A-3 are the detailed time and expense entries of the Trustee for the Fee Period.

### BACKGROUND

3.      On February 1, 2021, the Trustee was appointed by the Office of the United States Trustee (Docket No.8) in furtherance of the administrative responsibilities set forth in the United States Code, Section 330 of title 11, Subchapter V, of the Federal Rules of Bankruptcy Procedure.

## SUMMARY OF SERVICES RENDERED

4.    During the period covered by this First Interim and Final Fee Application, the Trustee devoted time to the following project categories:

### A.  Business Operations (Total Fees Sought $6,417.50)

5.    The Trustee expended time reviewing case pleading, analysis of Debtors financial disclosures, attendance at the IDI, preparation of financial comparison relating to substantive changes in financial disclosures and review of motion for Subchapter V case status..

### B.  Court Hearings (Total Fees Sought $382.50)

6.    The Trustee attended one (1) hearing with the Court.

### C.  Fee Application (Total Fees Sought $637.50)

7.    The Trustee prepared the first interim and final fee applications.

## NO PRIOR REQUEST

8.    No prior request for the relief sought in this Fist Interim and Final Fee Application has been made to this or any other court.

**WHEREFORE**, the Trustee requests that the Court enter an order approving the amounts sought in this First Interim and Final Fee Application and authorizing payment of $7,437.50 in compensation and $140.00 in expense reimbursement as actual, necessary and reasonable and granting such other relief as the Court may deem just and proper.

Dated:  April 2, 2021
      New York, New York

Eric M. Huebscher

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Greylock Capital Associates, LLC | : |  |
|  | : | Case No. 11-21-22063 (RDD) |
|  | : |  |
|  | : |  |
| Debtor | : |  |

--------------------------------------------------------

STATE OF NEW YORK      )
                         )
COUNTY OF NEW YORK   )

I, Eric M. Huebscher, hereby respectfully certify and verify as follows:

1.     I am the President of Huebscher & Co., maintaining an office at 630 Third Avenue -21st Floor, New York, NY 10017, and was appointed as the Subchapter V Trustee in the above-referenced bankruptcy case of Joseph Granchelli ("Debtor").

2.     This affirmation and certification are being submitted pursuant to Bankruptcy Rule 2016(a), Local Rule 2016-1 of the Southern District of New York and pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 issued by the United States Trustee ("Guidelines"), in connection with my application ("Application") for a first interim and final fee award of compensation in the amount of $7,437.50 for professional services rendered by, as Trustee, in these proceedings for the period of February 1, 2021 through April 12, 2021. All services for which compensation is requested were for professional services performed on behalf of the Debtor.

3.     The expenses incurred in the amount of $140.00 for which reimbursement is requested in this Application were reasonable, necessary and proper in furtherance of the duties and functions of me, as Trustee, and were not incurred on behalf of any other person.  The expenses incurred include only ordinary and necessary costs and charges and exclude any and all charges for sustenance so as to effectively avoid charging the Debtor's Estate for luxury accommodations and meals.

4.     I am the Certifying Professional in compliance with Bankruptcy Rule 2016(a), Local Rule 2016-1 of the Southern District of New York and the Guidelines.  I have read the Application and to the best of my knowledge, information and belief, formed after reasonable inquiry, the Application complies with the aforementioned Rules and Guidelines.

5.     In the Application, in providing a reimbursable service, I will not make a profit on that service, and in charging for a particular service, do not include in the amount for which reimbursement is sought, the amortization of any investment, equipment or capital outlay.  In seeking reimbursement for services purchased or contracted for from a third party, I request reimbursement only for the amount billed by the third-party vendor and paid to such vendor.

Dated:  April 2, 2021

Eric M. Huebscher

## Greylock Capital Associates, LLC
## Case No. 11-21-22063-RDD
### Billing Detail
(For the period February 1 - 28, 2021)

Eric Huebscher

| | Billing | Travel | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Billing | Billing | Travel | |
| Billing Rate | $425.00 | | | | | | | |
| Travel Billing Rate | $212.50 | | | | | | | |
| Date | Hours | Hours | Description | Professional | Task | Amount | Amount | Expense |
| 2/1/20 | 0.5 | | Review of 1st day motions including lease rejection, waiver on DIP accounts and use of HRA funds | EH | Business Operations | 212.50 | - | |
| 2/1/21 | 0.4 | | Introductory call with Debtor and counsel to Debtor | EH | Business Operations | 170.00 | - | |
| 2/2/21 | | | Court Solutions | EH | Telecon | - | - | 70.00 |
| 2/2/21 | 0.9 | | Hearing - Motion practice | EH | Hearing | 382.50 | - | |
| 2/3/21 | 0.5 | | Review of several emails and attachments re: motion re: banking re: HRA use; related follow up with counsel to the Debtor and OUST | EH | Business Operations | 212.50 | - | |
| 2/4/21 | 0.3 | | Several emails with counsel to the Debtor re: finalization of banking motion/proposed orders; updated schedules and related follow up | EH | Business Operations | 127.50 | - | |
| 2/4/21 | 0.1 | | email from counsel to the Debtor re: organization chart, review of same and follow up on same with the OUST | EH | Business Operations | 42.50 | | |
| 2/5/21 | 0.3 | | Call with OUST re: Debtors Sub V status and related issues | EH | Business Operations | 127.50 | - | |
| 2/8/21 | 0.6 | | Several emails re: IDI documents; preliminary review of same | EH | Business Operations | 255.00 | - | |
| 2/9/21 | 0.5 | | Continued review of IDI supplied documents e.g. banking | EH | Business Operations | 212.50 | - | |
| 2/9/21 | 0.7 | | IDI | EH | Business Operations | 297.50 | - | |
| 2/9/21 | 0.4 | | Review of final motions and interim order re: banking, HRA and related affidavit; email on same with counsel to the Debtor and OUST | EH | Business Operations | 170.00 | - | |
| 2/11/21 | 0.6 | | Review of lease, separation agreement, marketing agreement, email follow up with counsel to the Debtor and OUST | EH | Business Operations | 255.00 | - | |
| 2/11/21 | 1.0 | | Preparation for call with Debtor, counsel to the Debtor and the OUST re: financial deconsolidation and call with OUST on same | EH | Business Operations | 425.00 | - | |
| 2/11/21 | 0.3 | | Call with OUST re: Debtors Sub V status and related issues | EH | Business Operations | 127.50 | - | |
| 2/15/21 | 0.5 | | Continued review of IDI and deconsolidation information, prep for call with debtor on same | EH | Business Operations | 212.50 | - | |
| 2/16/21 | 0.9 | | Call with counsel to Debtor, Debtor and OUST re: deconsolidation analysis and subchapter V case status | EH | Business Operations | 382.50 | - | |
| 2/18/21 | 0.1 | | Review Bar date motion | EH | Business Operations | 42.50 | - | |
| 2/19/21 | 0.3 | | Review of updated schedules and related documents and email on same to counsel to the Debtor | EH | Business Operations | 127.50 | - | |
| 2/19/20 | 0.2 | | email from counsel to the Debtor re: plan construction planning, review of relevant bankruptcy provisions | EH | Business Operations | 85.00 | - | |
| 2/20/21 | 0.5 | | email from the OUST re: Debtor updated schedules, revision to related analysis and email on same to the OUST | EH | Business Operations | 212.50 | - | |
| 2/25/21 | 0.6 | | Prep for call with OUST, call with OUST re: prep for 341 hearing and review of related documents | EH | Business Operations | 255.00 | - | |
| 2/25/21 | 1.0 | | 341 Hearing | EH | Hearing | 425.00 | - | |
| Total | 11.2 | 0.0 | | | | $4,760.00 | $0.00 | $70.00 |

| Billing Summary | | |
|---|---|---|
| | Hours | Amount |
| Travel | 0.00 | $0.00 |
| Professional | 11.20 | $4,760.00 |
| Total | 11.20 | $4,760.00 |

| | | | **Greylock Capital Associates, LLC** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Case No. 11-21-22063-RDD** | | | | A-2 | | |
| | | | **Billing Detail** | | | | | | |
| | | | (For the period March 1 - 31, 2021) | | | | | | |
| | | | Eric Huebscher | | | | | | |
| Billing Rate | | $425.00 | | | | | | | |
| Travel Billing Rate | | $212.50 | | | | | | | |
| | | | | | | | | | |
| | Billing | Travel | | | Billing | Billing | Travel | |
| Date | Hours | Hours | Description | Professional | Task | Amount | Amount | Expense |
| 3/12/21 | 0.1 | | Review revised schedules E/F | EH | Business Operations | $42.50 | - | |
| 3/23/21 | 1.0 | | Review of proposed motions re:Sub V status | EH | Business Operations | 425.00 | - | |
| 3/26/21 | 0.3 | | Review of motion to dismiss and related stipulation with landlord | EH | Business Operations | 127.50 | - | |
| 3/31/21 | 0.7 | | Review of pleadings, motion to dismiss, OUST emails on same, email from counsel to Debtor on same and related follow up | EH | Business Operations | 297.50 | - | |
| 3/31/21 | 0.2 | | email from OUST and counsel to Debtor and reply thereon re: continued 341, treatment of Sub V fees, dismissal | EH | Business Operations | 85.00 | - | |
| | | | | | | | | |
| Total | 2.3 | 0.0 | | | | $977.50 | $0.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Billing Summary** | | | | | | | | |
| | Hours | Amount | | | | | | |
| Travel | 0.00 | $0.00 | | | | | | |
| Professional | 2.30 | $977.50 | | | | | | |
| Total | 2.30 | $977.50 | | | | | | |

A-3

| | | | Greylock Capital Associates, LLC | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **Case No. 11-21-22063-RDD** | | | | | |
| | | | **Billing Detail** | | | | | |
| | | | (For the period April 1 - 30, 2021) | | | | | |
| | | | Eric Huebscher | | | | | |
| Billing Rate | | $425.00 | | | | | | |
| Travel Billing Rate | | $212.50 | | | | | | |
| | | | | | | | | |
| | Billing | Travel | | | Billing | Billing | Travel | |
| Date | Hours | Hours | Description | Professional | Task | Amount | Amount | Expense |
| 4/2/21 | 1.5 | | Prepare and file first interim and final fee application | EH | Fee Application | $637.50 | - | |
| EST | 2.5 | | Estimate of time to case dismissal | EH | Business Operations | 1,062.50 | - | |
| | | | Court solutions | EH | Telecon | - | - | 70.00 |
| Total | 4.0 | 0.0 | | | | $1,700.00 | $0.00 | $70.00 |
| | | | | | | | | |
| | | | | | | | | |
| **Billing Summary** | | | | | | | | |
| | Hours | Amount | | | | | | |
| Travel | 0.00 | $0.00 | | | | | | |
| Professional | 4.00 | $1,700.00 | | | | | | |
| Total | 4.00 | $1,700.00 | | | | | | |