UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| GREYLOCK CAPITAL ASSOCIATES, LLC, | Case No. 21-22063 (RDD) |
| Debtor. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

ADELAIDE SANTOS, being duly sworn, deposes and says:

On March 31, 2021, I served the following papers on those persons listed on the annexed Service List by Express Mail, Overnight Delivery, at the addresses indicated thereon:

- Motion to Dismiss Case (ECF Doc. #45), together with the proposed order and exhibits annexed thereto;

- Motion to Shorten Time for Hearing on Motion to Dismiss Case (ECF Doc. #46), together with the proposed order annexed thereto;

- Notice of Hearing (ECF Doc. #47) on the above-referenced motions.

_____
Adelaide Santos

Sworn to before me this 31ST day of March, 2021

_____
Notary Public

JEFFREY CHUBAK
Notary Public, Sate of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

# SERVICE LIST

ACE Property and Casualty Insurance Company
c/o Chubb
43366 Walnut Street
WA04K
Philadelphia, PA 19106

Internal Revenue Service
Attn: Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101

John Maguire
40 Central Park South, Apt. 7F
New York, NY 10019

Eze Castle Software LLC
12 Farnsworth Street, 6th Floor
Boston, MA 02210

NYC Department of Finance
59 Maiden Lane, 19th Floor
New York, NY 10038

Hudson Fiber Network
12 North State Route 17, Suite 120
Paramus, NJ 07652

Interactive Communications Concepts
519 Eighth Avenue, 4th Floor
New York, NY 10018

Penguin Air Conditioning Corp.
5 Penn Plaza, 16th Floor
New York, NY 10001

BeneFlex, Inc.
77 Brant Avenue, #206
Clark, NJ 07066

Huebscher Consulting
630 Third Avenue, 21st Floor
New York, NY 10017
Attn: Eric M. Huebscher

Charles E. Boulbol P.C.
26 Broadway, 17th Floor
New York, NY 10004

Indus Valley Partners Corporation
1350 Broadway, Suite 601
New York, NY 10018

Eze Castle Integration
100 High Street, 16th Floor
Boston, MAs 02110

LTS Management
1011 Avenue of the Americas, 4th Floor
New York, NY 10018

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

PriceWaterhouseCoopers LLP
P.O. Box 7247-8001
Philadelphia, PA 19170

JP McHale Pest Management
241 Bleakley Avenue
Buchanan, NY 10511

Perfect Building Maintenance
405 Lexington Avenue
New York, NY 10174

Thomson Reuters
610 Opperman Drive, D6-12
Eagan, MN 55123
Michelle McClean

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Attn: Richard Morrissey