**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREYLOCK CAPITAL ASSOCIATES, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 21-22063 (RDD)<br><br>(Subchapter V) |

**ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO DISMISS CHAPTER 11 CASE**

   Upon the motion, dated March 30, 2021 (ECF Doc. #46) (the "Motion to Shorten"), of the debtor and debtor in possession herein (the "Debtor") for an order pursuant to Fed. R. Bankr. P. 9006 shortening the time for notice of and the hearing on the Debtor's motion to dismiss this chapter 11 case pursuant to 11 U.S.C. § 1112 (ECF Doc. #45) (the "Motion to Dismiss"); and the Debtor having given notice of the hearing held on April 12, 2021, at 10:00 a.m. on the Motion to Shorten and the Motion to Dismiss, by notice filed March 31, 2021 (ECF Doc. #47) and served by overnight mail on all creditors, the United States Trustee and the Subchapter V trustee (ECF Doc. #50); and upon the record of the April 12, 2021 hearing; and there being no objections to the Motion to Shorten; and, after due deliberation, the Court having determined that the Debtor has demonstrated sufficient cause to grant the Motion to Shorten; now, therefore, it is hereby

   ORDERED, that the Motion to Shorten is granted, and the Debtor's notice of the April 12, 2021 hearing on the Motion to Dismiss was due and sufficient; and it is further

   ORDERED, the Court shall retain jurisdiction to consider all matters related to the interpretation or enforcement hereof.

Dated: White Plains, New York
    April 13, 2021

                       */s/Robert D. Drain*
                        Honorable Robert D. Drain
                        United States Bankruptcy Judge