**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GREYLOCK CAPITAL ASSOCIATES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-22063 (RDD)<br><br>(Subchapter V) |

**ORDER DISMISSING CHAPTER 11 CASE**

Upon the motion (the "Motion") of the debtor and debtor in possession herein (the "Debtor") for an order pursuant to 11 U.S.C. § 1112(b) dismissing this chapter 11 case; and the Debtor having entered into Stipulations with its two largest creditors, 285 Madison Owner LLC and John Maguire (ECF Doc. #45-2 and #45-3), providing for full payment of their respective prepetition claims following the dismissal of this chapter 11 case; and there being due and sufficient notice of the Motion; and upon the record of the hearing held by the Court on the Motion on April 12, 2021 and all of the proceedings herein; and there being no objections to the Motion; and after due deliberation the Court having found that (a) the Debtor has demonstrated good and sufficient cause to dismiss this case and (b) dismissal of this case, rather than its conversion to a case under chapter 7 of the Bankruptcy Code, is in the best interests of creditors and, to the extent relevant, the Debtor's interest holder(s); now, therefore, it is hereby

ORDERED, that the Motion is granted as provided herein; and it is further

ORDERED, that this case is dismissed, effective immediately, pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor shall pay the allowed fees and expenses of the Subchapter V trustee herein within two (2) business day following allowance thereof; and it is further

ORDERED, the Court shall retain jurisdiction to consider all matters related to the interpretation or enforcement hereof.

Dated: White Plains, New York
      April 13, 2021

*/s/Robert D. Drain*
Honorable Robert D. Drain
United States Bankruptcy Judge